Certificate Number: 16339-PAM-DE-036412145

Bankruptcy Case Number: 22-00036


16339-PAM-DE-036412145

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 20, 2022</u>, at <u>6:49</u> o'clock <u>PM EDT</u>, <u>Kenneth Ray</u> completed a course on personal financial management given <u>by telephone</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>March 20, 2022</u>     By:   <u>/s/Kelley Tipton</u>

Name: <u>Kelley Tipton</u>

Title: <u>Certified Financial Counselor</u>