**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Kenneth Patrick Ray aka Kenneth P Ray<br>　　　　　　　　　Debtor(s) | CHAPTER 7 |
| M&T BANK<br>　　　　　　　　　Moving Party<br>　　vs.<br>Kenneth Patrick Ray aka Kenneth P Ray<br>　　　　　　　　　Debtor(s) | NO. 22-00036 HWV |
| Kara Katherine Gendron<br>　　　　　　　　　Trustee | 11 U.S.C. Section 362 |

**CERTIFICATE OF CONCURRENCE**

Both, Debtor(s) and Trustee have concurred with the request for relief in this Motion.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　**/s/ Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　Attorneys for Movant/Applicant