IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kenneth Patrick Ray aka Kenneth P Ray<br>　　　　　　　　Debtor(s) | CHAPTER 13 |
| M&T BANK<br>　　　　　　　　Movant<br>　　vs.<br>Kenneth Patrick Ray aka Kenneth P Ray<br>　　　　　　　　Debtor(s) | NO. 22-00036 HWV |
| Kara Katherine Gendron<br>　　　　　　　　Trustee | 11 U.S.C. Section 362 |

## CERTIFICATE OF SERVICE

I, Rebecca A. Solarz, attorney for Movant, do hereby certify that true and correct copies of the foregoing Motion of M&T BANK for Relief From Automatic Stay has been served on March 30, 2022, by first class mail, and/or electronic means upon those listed below:

Debtor(s)
Kenneth Patrick Ray aka Kenneth P Ray
14846 Sherwood Drive
Greencastle, PA 17225

Attorney for Debtor(s)
Gary J. Imblum, Esq.
4615 Derry Street
Harrisburg, PA 17111

Trustee
Kara Katherine Gendron
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101

Office of the US Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

Date: March 30, 2022

**/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
Attorneys for Movant/Applicant
Main Phone #: 215-627-1322