IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kenneth Patrick Ray aka Kenneth P Ray<br>Debtor(s)<br><br>M&T BANK<br>Movant<br>vs.<br><br>Kenneth Patrick Ray aka Kenneth P Ray<br>Debtor(s)<br><br>Kara Katherine Gendron<br>Trustee | CHAPTER 7<br><br>NO. 22-00036 HWV<br><br>11 U.S.C. Sections 362 |

## **ORDER**

Upon consideration of Movant's Motion for Relief from the Automatic Stay, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 11734 Ridge Road, Greencastle, PA 17225 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: April 4, 2022

Case 1:22-bk-00036-HWV    Doc 34    Filed 04/04/22    Entered 04/04/22 14:17:27    Desc
Main Document    Page 1 of 1