# Notice Recipients

District/Off: 0314–1     User: AutoDocketer     Date Created: 4/4/2022
Case: 1:22–bk–00036–HWV     Form ID: pdf010     Total: 2

**Recipients of Notice of Electronic Filing:**
tr     Kara Katherine Gendron (Trustee)     karagendrontrustee@gmail.com
aty     Gary J Imblum     gary.imblum@imblumlaw.com

TOTAL: 2