In re:  Case No. 22-00036-HWV

Kenneth Patrick Ray  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1  User: AutoDocke  Page 1 of 3

Date Rcvd: Apr 07, 2022  Form ID: ntcnfhrg  Total Noticed: 44

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kenneth Patrick Ray, 14846 Sherwood Drive, Greencastle, PA 17225-9471 |
| cr | + | U.S. Bank Trust National Association, not in its i, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 5454992 | ++ | AR RESOURCES INC, PO BOX 1056, BLUE BELL PA 19422-0287 address filed with court:, AR Resources, Inc., Attn: Bankruptcy, Po Box 1056, Blue Bell, PA 19422 |
| 5455001 | ++ | FAY SERVICING LLC, P O BOX 814609, DALLAS TX 75381-4609 address filed with court:, Fay Servicing LLC, Attn: Bakruptcy Dept, PO Box 809441, Chicago, IL 60680 |
| 5455002 | | First Energy/Penn Power, 2800 Pottsville Pike, Post Office Box 16001, Reading, PA 19612-6001 |
| 5455003 | | Franklin Cty Tax Bureau, 443 Stanley Avenue, Chambersburg, PA 17201-3600 |
| 5455004 | + | KML Law Group PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5461554 | + | Maryland Dept of Labor, Div of Unemployment Insurance, 1100 Eutaw Street, Baltimore MD 21201-2226 |
| 5455012 | + | Rescue Hose Company No 1/Green, 842 S Washington Street, Greencastle, PA 17225-1346 |
| 5455014 | + | Summit Health/Chambersburg Hospital, 112 N 7th Street, Chambersburg, PA 17201-1700 |
| 5455017 | + | Target, c/o Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 5455018 | + | Tracy Ray, 544 S Carlisle Street, Greencastle, PA 17225-1591 |
| 5457360 | + | U.S. Bank Trust National Association, not in its, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 5455020 | | Waynesboro Area ALS Unit Inc, Post Office Box 726, New Cumberland, PA 17070-0726 |
| 5456654 | + | Wellspan Health, P O Box 15119, YORK, PA 17405-7119 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Apr 07 2022 18:47:39 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5454992 | | Email/Text: collectors@arresourcesinc.com | Apr 07 2022 18:42:00 | AR Resources, Inc., Attn: Bankruptcy, Po Box 1056, Blue Bell, PA 19422 |
| 5454993 | + | Email/Text: g20956@att.com | Apr 07 2022 18:42:00 | AT&T, PO Box 537104, Atlanta, GA 30353-7104 |
| 5454997 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Apr 07 2022 18:42:00 | Credit Corp Solutions, Attn: Bankruptcy, 63 East 11400 South #408, Sandy, UT 84070 |
| 5454994 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 07 2022 18:47:26 | Capital One Bank, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5454996 | + | Email/Text: documentfiling@lciinc.com | Apr 07 2022 18:42:00 | Comcast, PO Box 3005, Southeastern, PA 19398-3005 |
| 5454998 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 07 2022 18:47:39 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 5454999 | + | Email/Text: mrdiscen@discover.com | Apr 07 2022 18:42:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5455000 | + | Email/Text: bknotice@ercbpo.com | Apr 07 2022 18:42:00 | Enhanced Recovery Company, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 5455001 | | Email/Text: ECF@fayservicing.com | Apr 07 2022 18:42:00 | Fay Servicing LLC, Attn: Bakruptcy Dept, PO Box 809441, Chicago, IL 60680 |
| 5454989 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 07 2022 18:42:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 5454995 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 07 2022 18:47:25 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 5455005 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 07 2022 18:47:12 | LVNV Funding LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 5458655 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 07 2022 18:47:13 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5455006 | | Email/Text: camanagement@mtb.com | Apr 07 2022 18:42:00 | M & T Bank, Po Box 900, Millsboro, DE 19966 |
| 5456009 | + | Email/Text: camanagement@mtb.com | Apr 07 2022 18:42:00 | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |
| 5455007 | + | Email/Text: bankruptcy@ncaks.com | Apr 07 2022 18:42:00 | National Credit Adjusters, LLC, 327 West 4th Avenue, Po Box 3023, Hutchinson, KS 67504-3023 |
| 5455008 | + | Email/Text: Bankruptcies@nragroup.com | Apr 07 2022 18:42:00 | National Recovery Agency, Attn: Bankruptcy, Po Box 67015, Harrisburg, PA 17106-7015 |
| 5457414 | | Email/PDF: cbp@onemainfinancial.com | Apr 07 2022 18:47:23 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 5455009 | + | Email/PDF: cbp@onemainfinancial.com | Apr 07 2022 18:47:23 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 5454990 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 07 2022 18:42:00 | PA Dept of Revenue, Attn: Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |
| 5455010 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 07 2022 18:47:12 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 5462559 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 07 2022 18:47:27 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5458975 | | Email/Text: bnc-quantum@quantum3group.com | Apr 07 2022 18:42:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5455011 | + | Email/Text: bankruptcy@republicbank.com | Apr 07 2022 18:42:00 | Republic Bank and Trust Co, 601 W Market Street, Louisville, KY 40202-2700 |
| 5455013 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 07 2022 18:47:13 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5455015 | + | Email/Text: bankruptcy@sw-credit.com | Apr 07 2022 18:42:00 | SWC Group, 4120 International Parkway #100, Carrollton, TX 75007-1957 |
| 5455184 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 07 2022 18:47:38 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5455016 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 07 2022 18:47:24 | Synchrony Bank, PO Box 960013, Orlando, FL 32896-0013 |
| 5455017 | + | Email/Text: bncmail@w-legal.com | Apr 07 2022 18:42:00 | Target, c/o Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 5455019 | + | Email/Text: ECMCBKNotices@ecmc.org | Apr 07 2022 18:42:00 | U.S. Department of Education, Ecmc/Attn: Bankruptcy, PO Box 16408, Saint Paul, MN 55116-0408 |
| 5462990 | + | Email/Text: bankruptcy@firstenergycorp.com | Apr 07 2022 18:42:00 | West Penn Power, 5001 NASA Blvd, Fairmont, WV 26554-8248 |

TOTAL: 32

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5454991 | | 2nd Wife (Need her name and address |
| cr | *+ | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |
| 5461555 | *+ | Wellspan Health, PO Box 15119, York PA 17405-7119 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2022     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Gary J Imblum | on behalf of Debtor 1 Kenneth Patrick Ray gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Kara Katherine Gendron (Trustee) | karagendrontrustee@gmail.com PA89@ecfcbis.com,trusteenoticesbox@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

| UNITED STATES BANKRUPTCY COURT<br>MIDDLE DISTRICT OF PENNSYLVANIA | | |
|---|---|---|
| In re: | | |
| Kenneth Patrick Ray,<br>aka Kenneth P Ray, | Chapter | 7 |
| **Debtor 1** | Case No. | 1:22−bk−00036−HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.**

| United States Bankruptcy Court | Date: |
|---|---|
| | Time: |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PamelaRadginski, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 7, 2022 |

ntcnfhrg (08/21)