## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| **KENNETH PATRICK RAY** | : | **CHAPTER 13** |
| **a/k/a KENNETH P. RAY,** | : | |
| Debtor | : | **CASE NO.: 1-22-00036-HWV** |
| | : | |
| **KENNETH PATRICK RAY** | : | |
| **a/k/a KENNETH P. RAY,** | : | |
| Movant | : | |
| | : | |
| **vs.** | : | |
| | : | |
| **JACK N. ZAHAROPOULOS, ESQUIRE** | : | |
| **CHAPTER 13 TRUSTEE,** | : | |
| **FAY MORTGAGE SERVICING,** | : | |
| **M&T BANK, and** | : | |
| **FRANKLIN COUNTY TAX CLAIM BUREAU** | : | |
| Respondents | : | |

### CERTIFICATE OF SERVICE

If service was made by personal service, by residence service or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

I served a copy of _____ Order setting hearing & response deadline and Motion to Sell Real Estate Free and Clear of Liens _____ on the following parties in this matter:

| Name and Address | Mode of Service |
|---|---|
| Fay Servicing, LLC<br>Attn: Bankruptcy Dept.<br>PO Box 809441<br>Chicago, IL 60680 | Certified Mail<br>**OFFICER, MANAGING OR GENERAL AGENT, OR ANY OTHER AGENT AUTHORIZED BY APPOINTMENT, OR BY LAW, TO RECEIVE SERVICE OF PROCESS** |
| M&T Bank<br>PO Box 1508<br>Buffalo, NY 14240 | Certified Mail<br>**OFFICER, MANAGING OR GENERAL AGENT, OR ANY OTHER AGENT AUTHORIZED BY APPOINTMENT, OR BY LAW, TO RECEIVE SERVICE OF PROCESS** |
| Rebecca Solarz, Esquire<br>KML Law Group, P.C.<br>BNY Mellon Independence Center<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 | Certified Mail and E-Service<br><br>Counsel for Fay Servicing and M&T Bank |

| Franklin County Tax Bureau 443 Stanley Avenue Chambersburg, PA 17201-3600 | Certified Mail **OFFICER, MANAGING OR GENERAL AGENT, OR ANY OTHER AGENT AUTHORIZED BY APPOINTMENT, OR BY LAW, TO RECEIVE SERVICE OF PROCESS** |
|---|---|
| Jack N. Zaharopoulos, Esquire Chapter 13 Trustee | Via E-Service |

I certify under penalty of perjury that the foregoing is true and correct.

Date: 5/11/2022

Name: ___Gary J. Imblum, Esquire___
Printed Name of Attorney

Address: ___4615 Derry Street___
___Harrisburg, PA 17111___

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Kenneth Patrick Ray,
aka Kenneth P Ray,

**Debtor 1**

Chapter: 13

Case number: 1:22−bk−00036−HWV

Document Number: 52

Matter: Motion for Sale Free and Clear of Liens

Kenneth Patrick Ray
aka Kenneth P Ray,
**Movant(s)**

vs.

Jack N. Zaharopoulos, Esquire, Chapter 13 Trustee, Fay Mortgage
Servicing, M&T Bank and Franklin County Tax Claim Bureau
**Respondent(s)**

## Order

Unless earlier served through CM/ECF, **IT IS ORDERED** that service of this Order and the above−referenced Motion shall be made by the moving party on all respondent(s) named in the Motion claiming an interest in the property, counsel, and in a Chapter 11 case service shall also be made upon the Trustee, if any, U.S. Trustee and the individuals identified in F.R.B.P. 4001(a)(1) and L.B.R 4001−6. Service shall be made within seven (7) days from the date hereof and certification of service filed with this Court within fourteen (14) days from the date hereof.

**IT IS FURTHER ORDERED** that answers to the Motion must be served on the moving party and a copy filed with this Court, within fourteen (14) days from the service date of this Order. If no Response is filed, relief may be granted. A hearing will be held if a responsive pleading is timely filed, requested by the moving party, or ordered by the Court. If a default order has not been signed and entered, the parties or their counsel are required to appear in Court at the hearing on the below date and time.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: 6/14/22 Time: 09:30 AM |
| --- | --- |

By the Court,

*Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: May 11, 2022

Initial requests for a continuance of hearing *( L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

orreshrg(5/18)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| **KENNETH PATRICK RAY** | : | **CHAPTER 13** |
| **a/k/a KENNETH P. RAY,** | : | |
| Debtor | : | **CASE NO.: 1-22-00036-HWV** |
| | : | |
| **KENNETH PATRICK RAY** | : | |
| **a/k/a KENNETH P. RAY,** | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| **JACK N. ZAHAROPOULOS, ESQUIRE** | : | |
| **CHAPTER 13 TRUSTEE,** | : | |
| **FAY MORTGAGE SERVICING,** | : | |
| **M&T BANK, and** | : | |
| **FRANKLIN COUNTY TAX CLAIM BUREAU** | : | |
| Respondents | : | |

### MOTION TO SELL REAL ESTATE
### FREE AND CLEAR OF LIENS

**AND NOW,** comes Debtor, Kenneth P. Ray, by and through his attorney, Gary J. Imblum,

and pursuant to 11 U.S.C. § 363(f) and respectfully represents:

1. Debtor filed a voluntary Petition under Chapter 13 of the Bankruptcy Code on January

11, 2022.

2. Debtor is the owner of real estate situate and known as 11734 Ridge Road,

Greencastle, Franklin County, Pennsylvania.

3. The real estate is presently listed with Charis Realty Group. Realtor commission is

in the amount of six percent (6%). A Motion to Appoint Realtor is being filed, simultaneously,

herewith.

4. Debtor has entered into an Agreement of Sale to sell said property for a total price of

$209,000.00 to Nelson E. Shank, a non-relative and non-insider. A copy of the Agreement of Sale is attached hereto as Exhibit "A" and is incorporated herein by reference.

5.     To the best of Debtor's knowledge, all the parties who have a lien on said property, in order of priority, include, but are not limited to the following:

      a.     Franklin County Tax Claim Bureau - real estate taxes, if any;

      b.     Fay Mortgage Servicing - first mortgage;

      c.     M&T Bank - second mortgage;

**WHEREFORE**, Debtor respectfully requests that this Honorable Court enter an Order approving the sale of aforesaid real estate, free and clear of liens and the distribution of the proceeds as set forth below shall be permitted and that Federal Bankruptcy Rule 6004(g) is not applicable, and the real property may be sold and purchased immediately upon entry of Order of Court approving same:

1.     Payment of all closing costs for which Debtor is liable.

2.     Payment of attorney's fees in the amount of $3,500.00, to be applied to Debtor's costs and Attorney fees, billed on an hourly basis.

3.     Payment of any and all other miscellaneous fees involved with the sale.

4.     Payment of any liens and mortgages.

5.     As long as same is a valid lien on subject real estate, payment in full of Franklin County Tax Claim Bureau real estate taxes, if any, or else the sale will not occur.

6.     As long as same is a valid lien on subject real estate, payment in full of Fay Mortgage Servicing (first mortgage), or else the sale will not occur.

7.     As long as same is a valid lien on subject real estate, payment in full of M&T Bank second mortgage, or else the sale will not occur.

8. If there are net proceeds remaining after paying all the costs, fees and liens set forth in the preceding paragraphs, then payment to Trustee Jack N Zaharopoulos, Esquire, in an amount up to the amount necessary to fully fund the Plan, less any amount otherwise payable to a secured creditor pursuant to Debtor's Plan, which is, in fact, paid at settlement.

9. If there are net proceeds remaining after paying all of the costs, fees and liens set forth in the preceding paragraphs, then payment of any and all attorney fees owed to Debtor's counsel for representation in the above matter.

10. If there are net proceeds remaining after paying all the costs, fees and liens set forth in the preceding paragraphs, then the remaining balance, if any, shall be distributed to the Debtor.

Respectfully submitted,

Gary J. Imblum
Attorney Id. No. 42606
4615 Derry Street
Harrisburg, PA 17111
(717) 238-5250
Fax No. (717) 558-8990
gary.imblum@ imblumlaw.com

Attorney for Debtor

Dated: 5/10/2022

**Pennsylvania Association of Realtors**

# STANDARD AGREEMENT FOR THE SALE OF REAL ESTATE

This form recommended and approved for, but not restricted to use by, the members of the Pennsylvania Association of Realtors® (PAR).

**ASR**

## PARTIES

| BUYER(S): Nelson E. Shank | SELLER(S): Kenneth P. Ray |
|---|---|
| **BUYER'S MAILING ADDRESS:**<br>1620 Buchanan Trail East, Greencastle, PA 17225 | **SELLER'S MAILING ADDRESS:**<br>11734 Ridge Road, Greencastle, PA 17225 |

## PROPERTY

ADDRESS (including postal city) 11734 Ridge Road, Greencastle

_____ PA _____ ZIP 17225 ,

in the municipality of _____ Antrim Township _____, County of Franklin ,

in the School District of _____ Greencastle-Antrim _____, in the Commonwealth of Pennsylvania.

Tax ID #(s): 01-0A23-008 and/or

Identification (e.g., Parcel #; Lot, Block; Deed Book, Page, Recording Date): Deed 13-017917, Recorded 11/6/2012

## BUYER'S RELATIONSHIP WITH PA LICENSED BROKER

☐ No Business Relationship (Buyer is not represented by a broker)

| Broker (Company) RE/MAX Elite Services | Licensee(s) (Name): Dawn N. Crilley-Shank |
|---|---|
| Company License # RB068660<br>Company Address 1580 Buchanan Trl E, Greencastle, PA<br> 17225-9511<br>Company Phone (717)597-0005<br>Company Fax (717)643-1896<br>Broker is (check only one):<br>☒ Buyer Agent (Broker represents Buyer only)<br>☐ Dual Agent (See Dual and/or Designated Agent box below) | State License # RM423717<br>Direct Phone(s) (717)977-8103<br>Cell Phone(s) (717)977-8103<br>Email dawncrilleyshank@remax.net<br>Licensee(s) is (check only one):<br>☐ Buyer Agent (all company licensees represent Buyer)<br>☒ Buyer Agent with Designated Agency (only Licensee(s) named<br> above represent Buyer)<br>☐ Dual Agent (See Dual and/or Designated Agent box below) |

☐ Transaction Licensee (Broker and Licensee(s) provide real estate services but do not represent Buyer)

## SELLER'S RELATIONSHIP WITH PA LICENSED BROKER

☐ No Business Relationship (Seller is not represented by a broker)

| Broker (Company) Charis Realty Group, LLC | Licensee(s) (Name): The Trish Mills Team<br> Jason Carbaugh |
|---|---|
| Company License # RBR003357<br>Company Address 26 W. Main Street Suite C, New Market, MD<br> 21774<br>Company Phone (240)913-9339<br>Company Fax<br>Broker is (check only one):<br>☒ Seller Agent (Broker represents Seller only)<br>☐ Dual Agent (See Dual and/or Designated Agent box below) | State License # RSR000813<br>Direct Phone(s) (301)992-2682<br>Cell Phone(s) (301)992-2682<br>Email jasoncarbaughhomes@gmail.com<br>Licensee(s) is (check only one):<br>☐ Seller Agent (all company licensees represent Seller)<br>☒ Seller Agent with Designated Agency (only Licensee(s) named<br> above represent Seller)<br>☐ Dual Agent (See Dual and/or Designated Agent box below) |

☐ Transaction Licensee (Broker and Licensee(s) provide real estate services but do not represent Seller)

## DUAL AND/OR DESIGNATED AGENCY

A Broker is a Dual Agent when a Broker represents both Buyer and Seller in the same transaction. A Licensee is a Dual Agent when a Licensee represents Buyer and Seller in the same transaction. All of Broker's licensees are also Dual Agents UNLESS there are separate Designated Agents for Buyer and Seller. If the same Licensee is designated for Buyer and Seller, the Licensee is a Dual Agent.

By signing this Agreement, Buyer and Seller each acknowledge having been previously informed of, and consented to, dual agency, if applicable.

Buyer Initials: _NES_   ASR Page 1 of 14   Seller Initials: _KR_

COPYRIGHT PENNSYLVANIA ASSOCIATION OF REALTORS® 2020
rev. 5/20; rel. 7/20

1  **I.  By this Agreement**, dated April 7, 2022
2  Seller hereby agrees to sell and convey to Buyer, who agrees to purchase, the identified Property.
3  **2.  PURCHASE PRICE AND DEPOSITS (4-14)**
4  (A) Purchase Price $ 209,000.00
5  (Two Hundred Nine Thousand
6  _____ U.S. Dollars), to be paid by Buyer as follows:
7  1.  Initial Deposit, within _____ days (5 if not specified) of Execution Date,
8      if not included with this Agreement:
9  2.  Additional Deposit within _____ days of the Execution Date:        $ _____ 5,000.00
10 3.  _____              $ _____
11 Remaining balance will be paid at settlement.
12 (B) **All funds paid by Buyer, including deposits, will be paid by check, cashier's check or wired funds. All funds paid by Buyer**
13 **within 30 days of settlement, including funds paid at settlement, will be by cashier's check or wired funds, but not by per-**
14 **sonal check.**
15 (C) Deposits, regardless of the form of payment, will be paid in U.S. Dollars to Broker for Seller (unless otherwise stated here: _____
16 **RE/MAX Elite Services**
17 who will retain deposits in an escrow account in conformity with all applicable laws and regulations until consummation or
18 termination of this Agreement. Only real estate brokers are required to hold deposits in accordance with the rules and regulations
19 of the State Real Estate Commission. Checks tendered as deposit monies may be held uncashed pending the execution of this
20 Agreement.
21 **3.  SELLER ASSIST (If Applicable) (1-10)**
22 Seller will pay $ _____ or _____ % of Purchase Price (0 if not specified) toward
23 Buyer's costs, as permitted by the mortgage lender, if any. Seller is only obligated to pay up to the amount or percentage which is
24 approved by mortgage lender.
25 **4.  SETTLEMENT AND POSSESSION (4-14)**
26 (A) Settlement Date is _____ May 6, 2022 _____, or before if Buyer and Seller agree.
27 (B) Settlement will occur in the county where the Property is located or in an adjacent county, during normal business hours, unless
28 Buyer and Seller agree otherwise.
29 (C) At time of settlement, the following will be pro-rated on a daily basis between Buyer and Seller, reimbursing where applicable:
30 current taxes; rents; interest on mortgage assumptions; condominium fees and homeowner association fees; water and/or sewer
31 fees, together with any other lienable municipal service fees. All charges will be prorated for the period(s) covered. Seller will
32 pay up to and including the date of settlement and Buyer will pay for all days following settlement, unless otherwise stated here:
33 _____
34 (D) For purposes of prorating real estate taxes, the "periods covered" are as follows:
35 1.  Municipal tax bills for all counties and municipalities in Pennsylvania are for the period from January 1 to December 31.
36 2.  School tax bills for the Philadelphia, Pittsburgh and Scranton School Districts are for the period from January 1 to December
37 31. School tax bills for all other school districts are for the period from July 1 to June 30.
38 (E) Conveyance from Seller will be by fee simple deed of special warranty unless otherwise stated here: _____
39 _____
40 (F) Payment of transfer taxes will be divided equally between Buyer and Seller unless otherwise stated here: _____
41 _____
42 (G) Possession is to be delivered by deed, existing keys and physical possession to a vacant Property free of debris, with all structures
43 broom-clean, at day and time of settlement, unless Seller, before signing this Agreement, has identified in writing that the Property
44 is subject to a lease.
45 (H) If Seller has identified in writing that the Property is subject to a lease, possession is to be delivered by deed, existing keys and
46 assignment of existing leases for the Property, together with security deposits and interest, if any, at day and time of settlement.
47 Seller will not enter into any new leases, nor extend existing leases, for the Property without the written consent of Buyer. Buyer
48 will acknowledge existing lease(s) by initialing the lease(s) at the execution of this Agreement, unless otherwise stated in this
49 Agreement.
50 ☐ Tenant-Occupied Property Addendum (PAR Form TOP) is attached and made part of this Agreement.
51 **5.  DATES/TIME IS OF THE ESSENCE (1-10)**
52 (A) Written acceptance of all parties will be on or before: April 8, 2022
53 (B) The Settlement Date and all other dates and times identified for the performance of any obligations of this Agreement are of the
54 essence and are binding.
55 (C) The Execution Date of this Agreement is the date when Buyer and Seller have indicated full acceptance of this Agreement by
56 signing and/or initialing it. For purposes of this Agreement, the number of days will be counted from the Execution Date, exclud-
57 ing the day this Agreement was executed and including the last day of the time period. All changes to this Agreement should be
58 initialed and dated.
59 (D) The Settlement Date is not extended by any other provision of this Agreement and may only be extended by mutual written agree-
60 ment of the parties.
61 (E) Certain terms and time periods are pre-printed in this Agreement as a convenience to the Buyer and Seller. All pre-printed terms
62 and time periods are negotiable and may be changed by striking out the pre-printed text and inserting different terms acceptable
63 to all parties, except where restricted by law.

64 Buyer Initials: _NE L_                 ASR Page 2 of 14                          Seller Initials: _____

65  **6.  ZONING (4-14)**
66  Failure of this Agreement to contain the zoning classification (except in cases where the property [and each parcel thereof, if subdi-
67  vidable] is zoned solely or primarily to permit single-family dwellings) will render this Agreement voidable at Buyer's option, and, if
68  voided, any deposits tendered by the Buyer will be returned to the Buyer without any requirement for court action.
69  Zoning Classification, as set forth in the local zoning ordinance: **Residential 1 Family**

70  **7.  FIXTURES AND PERSONAL PROPERTY (1-20)**
71  (A) It is possible for certain items of personal property to be so integrated into the Property that they become fixtures and will be
72  regarded as part of the Property and therefore included in a sale. Buyer and Seller are encouraged to be specific when negotiating
73  what items will be included or excluded in this sale.
74  (B) INCLUDED in this sale, unless otherwise stated, are all existing items permanently installed in or on the Property, free of liens,
75  and other items including plumbing; heating; gas fireplace logs; radiator covers; hardwired security systems; thermostats; lighting
76  fixtures (including chandeliers and ceiling fans); pools, spas and hot tubs (including covers and cleaning equipment); electric
77  animal fencing systems (excluding collars); garage door openers and transmitters; mounting brackets and hardware for television
78  and sound equipment; unpotted shrubbery, plantings and trees; smoke detectors and carbon monoxide detectors; sump pumps;
79  storage sheds; fences; mailboxes; wall to wall carpeting; existing window screens, storm windows and screen/storm doors; win-
80  dow covering hardware (including rods and brackets), shades and blinds; awnings; central vacuum system (with attachments);
81  built-in air conditioners; built-in appliances; the range/oven; dishwashers; trash compactors; any remaining heating and cooking
82  fuels stored on the Property at the time of settlement; and, if owned, solar panels, windmills, water treatment systems, propane
83  tanks and satellite dishes. Unless stated otherwise, the following items are included in the sale, at no additional cost: _____
84  _____
85  _____
86  (C) The following items are not owned by Seller and may be subject to a lease or other financing agreement. Contact the provider/
87  vendor for more information (e.g., solar panels, windmills, water treatment systems, propane tanks and satellite dishes): _____
88  _____
89  (D) EXCLUDED fixtures and items: _____
90  _____

91  **8.  MORTGAGE CONTINGENCY (6-19)**
92  [X]  WAIVED. This sale is NOT contingent on mortgage financing, although Buyer may obtain mortgage financing and/or the parties
93  may include an appraisal contingency.
94  [ ]  ELECTED.
95  (A) This sale is contingent upon Buyer obtaining mortgage financing according to the following terms:

| First Mortgage on the Property | Second Mortgage on the Property |
|---|---|
| 96  Loan Amount $ _____ | Loan Amount $ _____ |
| 97  | |
| 98  Minimum Term _____ years | Minimum Term _____ years |
| 99  Type of mortgage _____ | Type of mortgage _____ |
| 100  For conventional loans, the Loan-To-Value (LTV) ratio is not to | For conventional loans, the Loan-To-Value (LTV) ratio is not to |
| 101  exceed _____ % | exceed _____ % |
| 102  Mortgage lender _____ | Mortgage lender _____ |
| 103  | |
| 104  Interest rate _____ %; however, Buyer agrees to accept the | Interest rate _____ %; however, Buyer agrees to accept the |
| 105  interest rate as may be committed by the mortgage lender, not | interest rate as may be committed by the mortgage lender, not |
| 106  to exceed a maximum interest rate of _____ %. | to exceed a maximum interest rate of _____ %. |
| 107  Discount points, loan origination, loan placement and other fees | Discount points, loan origination, loan placement and other fees |
| 108  charged by the lender as a percentage of the mortgage loan (exclud- | charged by the lender as a percentage of the mortgage loan (exclud- |
| 109  ing any mortgage insurance premiums or VA funding fee) not to | ing any mortgage insurance premiums or VA funding fee) not to |
| 110  exceed _____ % (0% if not specified) of the mortgage loan. | exceed _____ % (0% if not specified) of the mortgage loan. |

111  (B) Upon receiving documentation demonstrating lender's approval, whether conditional or outright, of Buyer's mortgage applica-
112  tion(s) according to the terms set forth above, Buyer will promptly deliver a copy of the documentation to Seller, but in any case
113  no later than _____.
114  1.  If Seller does not receive a copy of the documentation demonstrating lender's conditional or outright approval of Buyer's mort-
115  gage application(s) by the date indicated above, Seller may terminate this Agreement by written notice to Buyer. Seller's right
116  to terminate continues until Buyer delivers documentation demonstrating lender's conditional or outright approval of Buyer's
117  mortgage application(s) to Seller. Until Seller terminates this Agreement pursuant to this Paragraph, Buyer must continue to
118  make a good faith effort to obtain mortgage financing.
119  2.  Seller may terminate this Agreement by written notice to Buyer after the date indicated above if the documentation demon-
120  strating lender's conditional or outright approval of Buyer's mortgage application(s):
121  a.  Does not satisfy the terms of Paragraph 8(A), OR
122  b.  Contains any condition not specified in this Agreement (e.g., Buyer must settle on another property, an appraisal must be
123  received by the lender, or the approval is not valid through the Settlement Date) that is not satisfied and/or removed in
124  writing by the mortgage lender(s) within  7  DAYS after the date indicated in Paragraph 8(B), or any extension there-
125  of, other than those conditions that are customarily satisfied at or near settlement (e.g., obtaining insurance, confirming
126  employment).
127  3.  If this Agreement is terminated pursuant to Paragraphs 8(B)(1) or (2), or the mortgage loan(s) is not obtained for settlement,

128  Buyer Initials: _NE_                       ASR Page 3 of 14                       Seller Initials: _____

129     all deposit monies will be returned to Buyer according to the terms of Paragraph 26 and this Agreement will be VOID. Buyer
130     will be responsible for any costs incurred by Buyer for any inspections or certifications obtained according to the terms of this
131     Agreement, and any costs incurred by Buyer for: (1) Title search, title insurance and/or mechanics' lien insurance, or any fee
132     for cancellation; (2) Flood insurance, fire insurance, hazard insurance, mine subsidence insurance, or any fee for cancellation;
133     (3) Appraisal fees and charges paid in advance to mortgage lender(s).

134    (C) The Loan-To-Value ratio (LTV) is used by lenders as one tool to help assess their potential risk of a mortgage loan. A particular
135     LTV may be necessary to qualify for certain loans, or buyers might be required to pay additional fees if the LTV exceeds a spe-
136     cific level. The appraised value of the Property may be used by lenders to determine the maximum amount of a mortgage loan.
137     The appraised value is determined by an independent appraiser, subject to the mortgage lender's underwriter review, and may be
138     higher or lower than the Purchase Price and/or market price of the property.

139    (D) The interest rate(s) and fee(s) provisions in Paragraph 8(A) are satisfied if the mortgage lender(s) gives Buyer the right to guarantee
140     the interest rate(s) and fee(s) at or below the maximum levels stated. If lender(s) gives Buyer the right to lock in the interest rate(s),
141     Buyer will do so at least ___15___ days before Settlement Date. Buyer gives Seller the right, at Seller's sole option and as permitted
142     by law and the mortgage lender(s), to contribute financially, without promise of reimbursement, to Buyer and/or the mortgage
143     lender(s) to make the above mortgage term(s) available to Buyer.

144    (E) Within _____ days (7 if not specified) from the Execution Date of this Agreement, Buyer will make a completed mortgage appli-
145     cation (including payment for and ordering of credit reports without delay) for the mortgage terms and to the mortgage lender(s)
146     identified in Paragraph 8(A), if any, otherwise to a responsible mortgage lender(s) of Buyer's choice. Broker for Buyer, if any,
147     otherwise Broker for Seller, is authorized to communicate with the mortgage lender(s) to assist in the mortgage loan process.
148     Broker for Seller, if any, is permitted to contact the mortgage lender(s) at any time to determine the status of the mortgage loan
149     application.

150    (F) **Buyer will be in default of this Agreement if Buyer furnishes false information to anyone concerning Buyer's financial and/**
151     **or employment status, fails to cooperate in good faith with processing the mortgage loan application (including payment for and**
152     **ordering of appraisal without delay), fails to lock in interest rate(s) as stated in Paragraph 8(D), or otherwise causes the lender to**
153     **reject, or refuse to approve or issue, a mortgage loan commitment.**

154    (G) If the mortgage lender(s), or a property and casualty insurer providing insurance required by the mortgage lender(s), requires
155     repairs to the Property, Buyer will, upon receiving the requirements, deliver a copy of the requirements to Seller. Within ___5___
156     DAYS of receiving the copy of the requirements, Seller will notify Buyer whether Seller will make the required repairs at Seller's
157     expense.

158      1.   If Seller makes the required repairs to the satisfaction of the mortgage lender and/or insurer, Buyer accepts the Property and
159        agrees to the RELEASE in Paragraph 28 of this Agreement.

160      2.   If Seller will not make the required repairs, **or if Buyer fails to respond within the stated time, Buyer will**, within ___5___
161        DAYS, notify Seller of Buyer's choice to: .

162         a.   Make the repairs/improvements at Buyer's expense, with permission and access to the Property given by Seller, which
163           will not be unreasonably withheld (Seller may require that Buyer sign a pre-settlement possession agreement such as the
164           Pre-Settlement Possession Addendum [PAR Form PRE], which shall not, in and of itself, be considered unreasonable), OR

165         b.   Terminate this Agreement by written notice to Seller, with all deposit monies returned to Buyer according to the terms of
166           Paragraph 26 of this Agreement.

167      **If Buyer fails to respond within the time slated in Paragraph 8(G)(2) or fails to terminate this Agreement by written notice**
168      **to Seller within that time, Buyer will accept the Property, make the required repairs/improvements at Buyer's expense and**
169      **agree to the RELEASE in Paragraph 28 of this Agreement.**

---

170                                    **FHA/VA, IF APPLICABLE**

171    (H) It is expressly agreed that notwithstanding any other provisions of this contract, Buyer will not be obligated to complete the pur-
172     chase of the Property described herein or to incur any penalty by forfeiture of earnest money deposits or otherwise unless Buyer
173     has been given, in accordance with HUD/FHA or VA requirements, a written statement by the Federal Housing Commissioner,
174     Veterans Administration, or a Direct Endorsement Lender setting forth the appraised value of the Property of not less than
175     $ _____ (the Purchase Price as stated in this Agreement). Buyer will have the privilege and option of
176     proceeding with consummation of the contract without regard to the amount of the appraised valuation. The appraised valuation
177     is arrived at to determine the maximum mortgage the Department of Housing and Urban Development will insure. HUD does
178     not warrant the value nor the condition of the Property. Buyer should satisfy himself/herself that the price and condition of the
179     Property are acceptable.

180     Warning: Section 1010 of Title 18, U.S.C., Department of Housing and Urban Development and Federal Housing Administration
181     Transactions, provides. "Whoever for the purpose of influencing in any way the action of such Department, makes, passes, utters
182     or publishes any statement, knowing the same to be false shall be fined under this title or imprisoned not more than two years,
183     or both."

184    (I) **U.S. Department of Housing and Urban Development (HUD) NOTICE TO PURCHASERS: Buyer's Acknowledgement**
185     ☐   Buyer has received the HUD Notice "For Your Protection: Get a Home Inspection." Buyer understands the importance of
186       getting an independent home inspection and has thought about this before signing this Agreement. Buyer understands that
187       FHA will not perform a home inspection nor guarantee the price or condition of the Property.

188     ☐   Buyer will apply for Section 203(k) financing, and this contract is contingent upon mortgage approval (See Paragraph 8(B))
189       and Buyer's acceptance of additional required repairs as required by the lender.

190    (J) **Certification** We the undersigned, Seller(s) and Buyer(s) party to this transaction each certify that the terms of this contract for
191     purchase are true to the best of our knowledge and belief, and that any other agreement entered into by any of these parties in
192     connection with this transaction is attached to this Agreement.

193   Buyer Initials: _ASL_            **ASR Page 4 of 14**            Seller Initials:

9. **CHANGE IN BUYER'S FINANCIAL STATUS (9-18)**

If a change in Buyer's financial status affects Buyer's ability to purchase, Buyer will promptly notify Seller and lender(s) to whom the Buyer submitted a mortgage application, if any, in writing. A change in financial status includes, but is not limited to, loss or a change in employment; failure or loss of sale of Buyer's home; Buyer's having incurred a new financial obligation; entry of a judgment against Buyer. Buyer understands that applying for and/or incurring an additional financial obligation may affect Buyer's ability to purchase.

10. **SELLER REPRESENTATIONS (1-20)**

(A) **Status of Water**

Seller represents that the Property is served by:

☐ Public Water ☐ Community Water ☒ On-site Water ☐ None ☐ _____

(B) **Status of Sewer**

1. Seller represents that the Property is served by:

☐ Public Sewer ☐ Community Sewage Disposal System ☐ Ten-Acre Permit Exemption (see Sewage Notice 2)
☒ Individual On-lot Sewage Disposal System (see Sewage Notice 1) ☐ Holding Tank (see Sewage Notice 3)
☐ Individual On-lot Sewage Disposal System in Proximity to Well (see Sewage Notice 4; see Sewage Notice 4, if applicable)
☐ None (see Sewage Notice 1) ☐ None Available/Permit Limitations in Effect (see Sewage Notice 5)
☐ _____

2. **Notices Pursuant to the Pennsylvania Sewage Facilities Act**

**Notice 1:** There is no currently community sewage system available for the subject property. Section 7 of the Pennsylvania Sewage Facilities Act provides that no person shall install, construct, request bid proposals for construction, alter, repair or occupy any building or structure for which an individual sewage system is to be installed, without first obtaining a permit. Buyer is advised by this notice that, before signing this Agreement, Buyer should contact the local agency charged with administering the Act to determine the procedure and requirements for obtaining a permit for an individual sewage system. The local agency charged with administering the Act will be the municipality where the Property is located or that municipality working cooperatively with others.

**Notice 2:** This Property is serviced by an individual sewage system installed under the ten-acre permit exemption provisions of Section 7 of the Pennsylvania Sewage Facilities Act. (Section 7 provides that a permit may not be required before installing, constructing, awarding a contract for construction, altering, repairing or connecting to an individual sewage system where a ten-acre parcel or lot is subdivided from a parent tract after January 10, 1987). Buyer is advised that soils and site testing were not conducted and that, should the system malfunction, the owner of the Property or properties serviced by the system at the time of a malfunction may be held liable for any contamination, pollution, public health hazard or nuisance which occurs as a result.

**Notice 3:** This Property is serviced by a holding tank (permanent or temporary) to which sewage is conveyed by a water carrying system and which is designed and constructed to facilitate ultimate disposal of the sewage at another site. Pursuant to the Pennsylvania Sewage Facilities Act, Seller must provide a history of the annual cost of maintaining the tank from the date of its installation or December 14, 1995, whichever is later.

**Notice 4:** An individual sewage system has been installed at an isolation distance from a well that is less than the distance specified by regulation. The regulations at 25 Pa. Code §73.13 pertaining to minimum horizontal isolation distances provide guidance. Subsection (b) of §73.13 states that the minimum horizontal isolation distance between an individual water supply or water supply system suction line and treatment tanks shall be 50 feet. Subsection (c) of §73.13 states that the horizontal isolation distance between the individual water supply or water supply system suction line and the perimeter of the absorption area shall be 100 feet.

**Notice 5:** This lot is within an area in which permit limitations are in effect and is subject to those limitations. Sewage facilities are not available for this lot and construction of a structure to be served by sewage facilities may not begin until the municipality completes a major planning requirement pursuant to the Pennsylvania Sewage Facilities Act and regulations promulgated thereunder.

(C) **Historic Preservation**

Seller is not aware of historic preservation restrictions regarding the Property unless otherwise stated here: _____

(D) **Land Use Restrictions**

1. ☐ Property, or a portion of it, is subject to land use restrictions and may be preferentially assessed for tax purposes under the following Act(s) (see Notices Regarding Land Use Restrictions below):

☐ Agricultural Area Security Law (Right-to-Farm Act; Act 43 of 1981; 3 P.S. §901 et seq.)
☐ Farmland and Forest Land Assessment Act (Clean and Green Program; Act 319 of 1974; 72 P.S. § 5490.1 et seq.)
☐ Open Space Act (Act 442 of 1967; 32 P.S. § 5001 et seq.)
☐ Conservation Reserve Program (16 U.S.C. § 3831 et seq.)
☐ Other _____

2. **Notices Regarding Land Use Restrictions**

a. **Pennsylvania Right-To-Farm Act:** The property you are buying may be located in an area where agricultural operations take place. Pennsylvania protects agricultural resources for the production of food and agricultural products. The law limits circumstances where normal agricultural operations may be subject to nuisance lawsuits or restrictive ordinances.

b. **Clean and Green Act:** Properties enrolled in the Clean and Green Program receive preferential property tax assessment. Buyer and Seller have been advised of the need to contact the County Tax Assessment Office before the execution of this Agreement to determine the property tax implications that will or may result from the sale of the Property, or that may result in the future as a result of any change in use of the Property or the land from which it is being separated.

Buyer Initials: _NS_        ASR Page 5 of 14        Seller Initials: _____

    c. **Open Space Act:** This Act enables counties to enter into covenants with owners of land designated as farm, forest, water supply, or open space land on an adopted municipal, county or regional plan for the purpose of preserving the land as open space. A covenant between the owner and county is binding upon any Buyer of the Property during the period of time that the covenant is in effect (5 or 10 years). Covenants automatically renew at the end of the covenant period unless specific termination notice procedures are followed. Buyer has been advised of the need to determine the restrictions that will apply from the sale of the Property to Buyer and the property tax implications that will or may result from a change in use of the Property, or any portion of it. Buyer is further advised to determine the term of any covenant now in effect.

    d. **Conservation Reserve (Enhancement) Program:** Properties enrolled in the Conservation Reserve Program or CREP are environmentally-sensitive areas, the owners of which receive compensation in exchange for an agreement to maintain the land in its natural state. Contracts last from 10 to 15 years and carry penalties to Seller if terminated early by Buyer. Buyer has been advised of the need to determine the restrictions on development of the Property and the term of any contract now in effect. Seller is advised to determine the financial implications that will or may result from the sale of the Property.

(E) **Real Estate Seller Disclosure Law**

Generally, the Real Estate Seller Disclosure Law requires that before an agreement of sale is signed, the seller in a residential real estate transfer must make certain disclosures regarding the property to potential buyers in a form defined by the law. A residential real estate transfer is defined as a sale, exchange, installment sales contract, lease with an option to buy, grant or other transfer of an interest in real property where **NOT LESS THAN ONE AND NOT MORE THAN FOUR RESIDENTIAL DWELLING UNITS** are involved. Disclosures for condominiums and cooperatives are limited to the seller's particular unit(s). Disclosures regarding common areas or facilities are not required, as those elements are already addressed in the laws that govern the resale of condominium and cooperative interests.

(F) **Public and/or Private Assessments**

1. Seller represents that, as of the date Seller signed this Agreement, no public improvement, condominium or homeowner association assessments have been made against the Property which remain unpaid, and that no notice by any government or public authority (excluding assessed value) has been served upon Seller or anyone on Seller's behalf, including notices relating to violations of zoning, housing, building, safety or fire ordinances that remain uncorrected, and that Seller knows of no condition that would constitute a violation of any such ordinances that remain uncorrected, unless otherwise specified here: _____

2. Seller knows of no other potential notices (including violations) and/or assessments except as follows: _____

_____

(G) **Highway Occupancy Permit**

Access to a public road may require issuance of a highway occupancy permit from the Department of Transportation.

(H) **Internet of Things (IoT) Devices**

1. The presence of smart and green home devices that are capable of connecting to the Internet, directly or indirectly, and the data stored on those various devices make up a digital ecosystem in the Property sometimes referred to as the "Internet of Things (IoT)." Buyer and Seller acknowledge that IoT devices may transmit data to third parties outside of the control of their owner.

2. On or before settlement, Seller will make a reasonable effort to clear all data stored on all IoT devices located on the Property and included in the sale. Seller further acknowledges that all personal devices owned by Seller (including but not limited to cellular telephones, personal computers and tablets) having connectivity to any IoT device(s) located on the Property will be disconnected and cleared of relevant data prior to settlement. Further, no attempts will be made after settlement by Seller or anyone on Seller's behalf to access any IoT devices remaining on the Property.

3. Following settlement, Buyer will make a reasonable effort to clear all stored data from any IoT device(s) remaining on the Property and to restrict access to said devices by Seller, Seller's agents or any third party to whom Seller may have previously provided access. This includes, but is not limited to, restoring IoT devices to original settings, changing passwords or codes, updating network settings and submitting change of ownership and contact information to device manufacturers and service providers.

4. This paragraph will survive settlement.

**11. WAIVER OF CONTINGENCIES (9-05)**

If this Agreement is contingent on Buyer's right to inspect and/or repair the Property, or to verify insurability, environmental conditions, boundaries, certifications, zoning classifications or use, or any other information regarding the Property, Buyer's failure to exercise any of Buyer's options within the times set forth in this Agreement is a WAIVER of that contingency and Buyer accepts the Property and agrees to the RELEASE in Paragraph 28 of this Agreement.

**12. BUYER'S DUE DILIGENCE/INSPECTIONS (10-18)**

(A) **Rights and Responsibilities**

1. Seller will provide access to insurers' representatives and, as may be required by this Agreement or by mortgage lender(s), to surveyors, municipal officials, appraisers and inspectors; in addition, unless otherwise agreed, only Parties and their real estate licensee(s) may attend any inspections.

2. Buyer may make two pre-settlement walk-through inspections of the Property for the limited purpose of determining that the condition of the Property is as required by this Agreement and any addenda. Buyer's right to these inspections is not waived by any other provision of this Agreement.

3. **Seller will have heating and all utilities (including fuel(s)) on for all inspections/appraisals.**

4. All inspectors, including home inspectors, are authorized by Buyer to provide a copy of any inspection Report to Broker for Buyer.

5. Seller has the right, upon request, to receive a free copy of any inspection Report from the party for whom it was prepared. Unless otherwise stated, Seller does not have the right to receive a copy of any lender's appraisal report.

324  Buyer Initials: _N E L_      ASR Page 6 of 14      Seller Initials: _N R_

Produced with Lone Wolf Transactions (zipForm Edition) 717 N Harwood St, Suite 2200, Dallas, TX 75201   www.lwolf.com    Nelson L.

Case 1:22-bk-00036-HWV   Doc 54   Filed 05/11/22   Entered 05/11/22 09:53:08   Desc
Main Document    Page 13 of 37

DocuSign Envelope ID: 9FE34207-8D82-48F7-8F4B-E90D754C31C4

325     (B) Buyer waives or elects at Buyer's expense to have the following inspections, certifications, and investigations (referred to as
326     "Inspection" or "Inspections") performed by professional contractors, home inspectors, engineers, architects and other properly
327     licensed or otherwise qualified professionals. All inspections shall be non-invasive, unless otherwise agreed in writing. If the same
328     inspector is inspecting more than one system, the inspector must comply with the Home Inspection Law. (See Paragraph 12(D)
329     for Notices Regarding Property and Environmental Inspections)
330     (C) For elected Inspection(s), Buyer will, within the Contingency Period stated in Paragraph 13(A), complete Inspections, obtain any
331     Inspection Reports or results (referred to as "Report" or "Reports"), and accept the Property, terminate this Agreement, or submit
332     a written corrective proposal to Seller, according to the terms of Paragraph 13(B).

**Home/Property Inspections and Environmental Hazards (mold, etc.)**

334   **Elected**    Buyer may conduct an inspection of the Property's structural components; roof; exterior windows and exterior   **Waived**
335    _____    doors; exterior building material, fascia, gutters and downspouts; swimming pools, hot tubs and spas; appliances;   _M S_
336     electrical systems; interior and exterior plumbing; public sewer systems; heating and cooling systems; water penetra-
337     tion; electromagnetic fields; wetlands and flood plain delineation; structure square footage; mold and other environ-
338     mental hazards (e.g., fungi, indoor air quality, asbestos, underground storage tanks, etc.); and any other items Buyer
339     may select. If Buyer elects to have a home inspection of the Property, as defined in the Home Inspection Law, the
340     home inspection must be performed by a full member in good standing of a national home inspection association,
341     or a person supervised by a full member of a national home inspection association, in accordance with the ethical
342     standards and code of conduct or practice of that association, or by a properly licensed or registered engineer or
343     architect. (See Notices Regarding Property & Environmental Inspections)

**Wood Infestation**

345   **Elected**    Buyer may obtain a written "Wood-Destroying Insect Infestation Inspection Report" from an inspector certified as a   **Waived**
346    _____    wood-destroying pests pesticide applicator and will deliver it and all supporting documents and drawings provided   _M S_
347     by the inspector to Seller. The Report is to be made satisfactory to and in compliance with applicable laws, mort-
348     gage lender requirements, and/or Federal Insuring and Guaranteeing Agency requirements. The Inspection is to be
349     limited to all readily-visible and accessible areas of all structures on the Property, except fences. If the Inspection
350     reveals active infestation(s), Buyer, at Buyer's expense, may obtain a Proposal from a wood-destroying pests pesti-
351     cide applicator to treat the Property. If the Inspection reveals damage from active or previous infestation(s), Buyer
352     may obtain a written Report from a professional contractor, home inspector or structural engineer that is limited to
353     structural damage to the Property caused by wood-destroying organisms and a Proposal to repair the Property.

**Deeds, Restrictions and Zoning**

355   **Elected**    Buyer may investigate easements, deed and use restrictions (including any historic preservation restrictions or ordi-   **Waived**
356    _____    nances) that apply to the Property and review local zoning ordinances. Buyer may verify that the present use of the   _M S_
357     Property (such as in-law quarters, apartments, home office, day care, commercial or recreational vehicle parking)
358     is permitted and may elect to make the Agreement contingent upon an anticipated use. Present use: _____
359     _____

**Water Service**

361   **Elected**    Buyer may obtain an Inspection of the quality and quantity of the water system from a properly licensed or otherwise   **Waived**
362    _____    qualified water well testing company. If and as required by the inspection company, Seller, at Seller's expense, will   _M S_
363     locate and provide access to the on-site (or individual) water system. Seller will restore the Property to its previous
364     condition, at Seller's expense, prior to settlement.

**Radon**

366   **Elected**    Buyer may obtain a radon test of the Property from a certified inspector. The U.S. Environmental Protection   **Waived**
367    _____    Agency (EPA) advises corrective action if the average annual exposure to radon is equal to or higher than 0.02   _M S_
368     working levels or 4 picoCuries/liter (4pCi/L). Radon is a natural, radioactive gas that is produced in the ground
369     by the normal decay of uranium and radium. Studies indicate that extended exposure to high levels of radon gas
370     can increase the risk of lung cancer. Radon can find its way into any air-space and can permeate a structure. If a
371     house has a radon problem, it usually can be cured by increased ventilation and/or by preventing radon entry. Any
372     person who tests, mitigates or safeguards a building for radon in Pennsylvania must be certified by the Department
373     of Environmental Protection. Information about radon and about certified testing or mitigation firms is available
374     through Department of Environmental Protection, Bureau of Radiation Protection, 13th Floor, Rachel Carson State
375     Office Building, P.O. Box 8469, Harrisburg, PA 17105-8469, (800) 23RADON or (717) 783-3594. www.epa.gov

**On-lot Sewage (If Applicable)**

377   **Elected**    Buyer may obtain an Inspection of the individual on-lot sewage disposal system, which may include a hydraulic   **Waived**
378    _____    load test, from a qualified, professional inspector. If and as required by the inspection company, Seller, at Seller's   _M S_
379     expense, will locate, provide access to, empty the individual on-lot sewage disposal system and provide all water
380     needed, unless otherwise agreed. Seller will restore the Property to its previous condition, at Seller's expense,
381     prior to settlement. See Paragraph 13(C) for more information regarding the Individual On-lot Sewage Inspection
382     Contingency.

**Property and Flood Insurance**

384   **Elected**    Buyer may determine the insurability of the Property by making application for property and casualty insurance   **Waived**
385    _____    for the Property to a responsible insurer. Broker for Buyer, if any, otherwise Broker for Seller, may communicate   _M S_
386     with the insurer to assist in the insurance process. If the Property is located in a specially-designated flood zone,
387     Buyer may be required to carry flood insurance at Buyer's expense, which may need to be ordered 14 days or more
388     prior to Settlement Date. Revised flood maps and changes to Federal law may substantially increase future flood

389   **Buyer Initials:** _M S_      ASR Page 7 of 14      **Seller Initials:** _N R_

Produced with Lone Wolf Transactions (zipForm Edition) 717 N Harwood St, Suite 2200, Dallas, TX 75201   www.lwolf.com

390       insurance premiums or require insurance for formerly exempt properties. Buyer should consult with one or more
391       flood insurance agents regarding the need for flood insurance and possible premium increases.
392       **Property Boundaries**

393 **Elected**    Buyer may engage the services of a surveyor, title abstractor, or other qualified professional to assess the legal    **Waived**
394       description, certainty and location of boundaries and/or quantum of land. Most sellers have not had the Property    _n̲s̲_
395       surveyed as it is not a requirement of property transfer in Pennsylvania. Any fences, hedges, walls and other natural
396       or constructed barriers may or may not represent the true boundary lines of the Property. Any numerical represen-
397       tations of size of property are approximations only and may be inaccurate.
398       **Lead-Based Paint Hazards (For Properties built prior to 1978 only)**

399 **Elected**    Before Buyer is obligated to purchase a residential dwelling built prior to 1978, Buyer has the option to conduct    **Waived**
400       a risk assessment and/or inspection of the Property for the presence of lead-based paint and/or lead-based paint    _n̲c̲_
401       hazards. Regardless of whether this inspection is elected or waived, the Residential Lead-Based Paint Hazard
402       Reduction Act requires a seller of property built prior to 1978 to provide the Buyer with an EPA-approved
403       lead hazards information pamphlet titled "Protect Your Family from Lead in Your Home," along with a
404       separate form, attached to this Agreement, disclosing Seller's knowledge of lead-based paint hazards and
405       any lead-based paint records regarding the Property.
406       **Other**

407 **Elected**    _____    **Waived**
408       _____

409 The Inspections elected above do not apply to the following existing conditions and/or items: _____
410 _____
411 _____

412       **(D) Notices Regarding Property & Environmental Inspections**
413       1.   **Exterior Building Materials:** Poor or improper installation of exterior building materials may result in moisture penetrating
414          the surface of a structure where it may cause mold and damage to the building's frame.
415       2.   **Asbestos:** Asbestos is linked with several adverse health effects, including various forms of cancer.
416       3.   **Environmental Hazards:** The U.S. Environmental Protection Agency has a list of hazardous substances, the use and disposal
417          of which are restricted by law. Generally, if hazardous substances are found on a property, it is the property owner's respon-
418          sibility to dispose of them properly.
419       4.   **Wetlands:** Wetlands are protected by the federal and state governments. Buyer may wish to hire an environmental engineer
420          to investigate whether the Property is located in a wetlands area to determine if permits for plans to build, improve or develop
421          the property would be affected or denied because of its location in a wetlands area.
422       5.   **Mold, Fungi and Indoor Air Quality:** Indoor mold contamination and the inhalation of bioaerosols (bacteria, mold spores,
423          pollen and viruses) have been associated with allergic responses.
424       6.   **Additional Information:** Inquiries or requests for more information about asbestos and other hazardous substances can be
425          directed to the U.S. Environmental Protection Agency, Ariel Rios Building, 1200 Pennsylvania Ave., N.W., Washington, D.C.
426          20460, (202) 272-0167, and/or the Department of Health, Commonwealth of Pennsylvania, Division of Environmental Health,
427          Harrisburg, PA 17120. Information about indoor air quality issues is available through the Pennsylvania Department of Health
428          and may be obtained by contacting Health & Welfare Building, 8th Floor West, 625 Forster St., Harrisburg, PA 17120, or by
429          calling 1-877-724-3258.

430 **13. INSPECTION CONTINGENCY (10-18)**
431       (A) The Contingency Period is _____ days (10 if not specified) from the Execution Date of this Agreement for each Inspection elected
432       in Paragraph 12(C).
433       (B) Within the stated **Contingency Period** and as the result of any Inspection elected in Paragraph 12(C), except as stated in
434       Paragraph 13(C):
435       1.   If the results of the inspections elected in Paragraph 12(C) are satisfactory to Buyer, Buyer **WILL present all Report(s) in**
436          **their entirety to Seller**, accept the Property with the information stated in the Report(s) and agree to the **RELEASE in**
437          **Paragraph 28 of this Agreement**, OR
438       2.   If the results of any inspection elected in Paragraph 12(C) are unsatisfactory to Buyer, Buyer **WILL present all Report(s) in**
439          **their entirety to Seller** and terminate this Agreement by written notice to Seller, with all deposit monies returned to Buyer
440          according to the terms of Paragraph 26 of this Agreement, OR
441       3.   If the results of any inspection elected in Paragraph 12(C) are unsatisfactory to Buyer, Buyer **WILL present all Report(s) in**
442          **their entirety to Seller with a Written Corrective Proposal ("Proposal")** listing corrections and/or credits desired by
443          Buyer.
444          The Proposal may, but is not required to, include the name(s) of a properly licensed or qualified professional(s) to perform
445          the corrections requested in the Proposal, provisions for payment, including retests, and a projected date for completion of
446          the corrections. Buyer agrees that Seller will not be held liable for corrections that do not comply with mortgage lender or
447          governmental requirements if performed in a workmanlike manner according to the terms of Buyer's Proposal.
448          a.   Following the end of the Contingency Period, Buyer and Seller will have _____ days (5 if not specified) for a Negotiation
449             Period. During the Negotiation Period:
450             (1) Seller will acknowledge in writing Seller's agreement to satisfy all the terms of Buyer's Proposal OR
451             (2) Buyer and Seller will negotiate another mutually acceptable written agreement, providing for any repairs or improve-
452                 ments to the Property and/or any credit to Buyer at settlement, as acceptable to the mortgage lender, if any.
453             If Buyer agrees to satisfy all the terms of Buyer's Proposal, or Buyer and Seller enter into another mutually acceptable

454 Buyer Initials: _N̲C̲_        **ASR Page 8 of 14**        Seller Initials: _N̲R̲_

DocuSign Envelope ID: 9FE34207-8D82-48F7-8F4B-E90D754C31C4

455 written agreement, Buyer accepts the Property and agrees to the RELEASE in Paragraph 28 of this Agreement and the
456 Negotiation Period ends.
457 b. If no mutually acceptable written agreement is reached, or if Seller fails to respond, during the Negotiation Period, within
458 _____ days (2 if not specified) following the end of the Negotiation Period, Buyer will:
459 (1) Accept the Property with the information stated in the Report(s) and agree to the RELEASE in Paragraph 28 of this
460 Agreement, OR
461 (2) Terminate this Agreement by written notice to Seller, with all deposit monies returned to Buyer according to the terms
462 of Paragraph 26 of this Agreement.
463 **If Buyer and Seller do not reach a mutually acceptable written agreement, and Buyer does not terminate this Agreement**
464 **by written notice to Seller within the time allotted in Paragraph 13(B)(3)(b), Buyer will accept the Property and agree**
465 **to the RELEASE in Paragraph 28 of this Agreement. Ongoing negotiations do not automatically extend the Negotiation**
466 **Period.**
467 (C) If a Report reveals the need to expand or replace the existing individual on-lot sewage disposal system, Seller may, within
468 _____ days (25 if not specified) of receiving the Report, submit a Proposal to Buyer. The Proposal will include, but not be limited to,
469 the name of the company to perform the expansion or replacement; provisions for payment, including retests; and a projected
470 completion date for corrective measures. Within ___5___ DAYS of receiving Seller's Proposal, or if no Proposal is provided within
471 the stated time, Buyer will notify Seller in writing of Buyer's choice to:
472 1. Agree to the terms of the Proposal, accept the Property and agree to the RELEASE in Paragraph 28 of this Agreement, OR
473 2. Terminate this Agreement by written notice to Seller, with all deposit monies returned to Buyer according to the terms of
474 Paragraph 26 of this Agreement, OR
475 3. Accept the Property and the existing system and agree to the RELEASE in Paragraph 28 of this Agreement. If required by
476 any mortgage lender and/or any governmental authority, Buyer will correct the defects before settlement or within the time
477 required by the mortgage lender and/or governmental authority, at Buyer's sole expense, with permission and access to the
478 Property given by Seller, which may not be unreasonably withheld. If Seller denies Buyer permission and/or access to correct
479 the defects, Buyer may, within ___5___ DAYS of Seller's denial, terminate this Agreement by written notice to Seller, with all
480 deposit monies returned to Buyer according to the terms of Paragraph 26 of this Agreement.
481 **If Buyer fails to respond within the time stated in Paragraph 13(C) or fails to terminate this Agreement by written notice to**
482 **Seller within that time, Buyer will accept the Property and agree to the RELEASE in Paragraph 28 of this Agreement.**
483 **14. TITLES, SURVEYS AND COSTS (6-20)**
484 (A) Within _____ days (7 if not specified) from the Execution Date of this Agreement, Buyer will order from a reputable title company
485 for delivery to Seller a comprehensive title report on the Property. Upon receipt, Buyer will deliver a free copy of the title report
486 to Seller.
487 (B) Buyer is encouraged to obtain an owner's title insurance policy to protect Buyer. An owner's title insurance policy is different
488 from a lender's title insurance policy, which will not protect Buyer from claims and attacks on the title. Owner's title insurance
489 policies come in standard and enhanced versions; **Buyer should consult with a title insurance agent about Buyer's options.**
490 Buyer agrees to release and discharge any and all claims and losses against Broker for Buyer should Buyer neglect to obtain an
491 owner's title insurance policy.
492 (C) Buyer will pay for the following: (1) Title search, title insurance and/or mechanics' lien insurance, or any fee for cancellation;
493 (2) Flood insurance, fire insurance, hazard insurance, mine subsidence insurance, or any fee for cancellation; (3) Appraisal fees
494 and charges paid in advance to mortgage lender; (4) Buyer's customary settlement costs and accruals.
495 (D) Any survey or surveys required by the title insurance company or the abstracting company for preparing an adequate legal descrip-
496 tion of the Property (or the correction thereof) will be obtained and paid for by Seller. Any survey or surveys desired by Buyer or
497 required by the mortgage lender will be obtained and paid for by Buyer.
498 (E) The Property will be conveyed with good and marketable title that is insurable by a reputable title insurance company at the reg-
499 ular rates, free and clear of all liens, encumbrances, and easements, **excepting however** the following: existing deed restrictions;
500 historic preservation restrictions or ordinances; building restrictions; ordinances, easements of roads; easements visible upon the
501 ground; easements of record; and privileges or rights of public service companies, if any.
502 (F) If a change in Seller's financial status affects Seller's ability to convey title to the Property on or before the Settlement Date, or
503 any extension thereof, Seller shall promptly notify Buyer in writing. A change in financial status includes, but is not limited to,
504 Seller filing bankruptcy; filing of a foreclosure lawsuit against the Property; entry of a monetary judgment against Seller; notice
505 of public tax sale affecting the Property; and Seller learning that the sale price of the Property is no longer sufficient to satisfy all
506 liens and encumbrances against the Property.
507 (G) If Seller is unable to give good and marketable title that is insurable by a reputable title insurance company at the regular rates,
508 as specified in Paragraph 14(E), Buyer may terminate this Agreement by written notice to Seller, with all deposit monies returned
509 to Buyer according to the terms of Paragraph 26 of this Agreement, or take such title as Seller can convey. If the title condition
510 precludes Seller from conveying title, Buyer's sole remedy shall be to terminate this Agreement. Upon termination, all deposit
511 monies will be returned to Buyer according to the terms of Paragraph 26 of this Agreement and Seller will reimburse Buyer for
512 any costs incurred by Buyer for any inspections or certifications obtained according to the terms of this Agreement, and for those
513 items specified in Paragraph 14(C) items (1), (2), (3) and in Paragraph 14(D).
514 (H) Oil, gas, mineral, or other rights of this Property may have been previously conveyed or leased, and Sellers make no representation
515 about the status of those rights unless indicated elsewhere in this Agreement.
516 ☐ Oil, Gas and Mineral Rights Addendum (PAR Form OGM) is attached to and made part of this Agreement.

517 Buyer Initials: _ASL_        ASR of 9 of 14        Seller Initials: _NR_

DocuSign Envelope ID: 9FE34207-8D82-48F7-8F4B-E90D754C31C4

518 **(I) COAL NOTICE (Where Applicable)**
519 THIS DOCUMENT MAY NOT SELL, CONVEY, TRANSFER, INCLUDE OR INSURE THE TITLE TO THE COAL AND RIGHTS OF SUPPORT UNDER-
520 NEATH THE SURFACE LAND DESCRIBED OR REFERRED TO HEREIN, AND THE OWNER OR OWNERS OF SUCH COAL MAY HAVE THE COM-
521 PLETE LEGAL RIGHT TO REMOVE ALL SUCH COAL AND IN THAT CONNECTION, DAMAGE MAY RESULT TO THE SURFACE OF THE LAND AND
522 ANY HOUSE, BUILDING OR OTHER STRUCTURE ON OR IN SUCH LAND. (This notice is set forth in the manner provided in Section 1 of
523 the Act of July 17, 1957, P.L. 984.) "Buyer acknowledges that he may not be obtaining the right of protection against subsidence
524 resulting from coal mining operations, and that the property described herein may be protected from damage due to mine subsid-
525 ence by a private contract with the owners of the economic interests in the coal. This acknowledgement is made for the purpose
526 of complying with the provisions of Section 14 of the Bituminous Mine Subsidence and the Land Conservation Act of April 27,
527 1966." Buyer agrees to sign the deed from Seller which deed will contain the aforesaid provision.
528 **(J)** The Property is not a "recreational cabin" as defined in the Pennsylvania Construction Code Act unless otherwise stated here:
529
530 **(K)** 1. This property is not subject to a Private Transfer Fee Obligation unless otherwise stated here:
531 ☐ **Private Transfer Fee Addendum (PAR Form PTF) is attached to and made part of this Agreement.**
532 2. Notices Regarding Private Transfer Fees: In Pennsylvania, Private Transfer Fees are defined and regulated in the Private
533 Transfer Fee Obligation Act (Act 1 of 2011: 68 Pa.C.S. §§ 8101, et. seq.), which defines a Private Transfer Fee as "a fee that
534 is payable upon the transfer of an interest in real property, or payable for the right to make or accept the transfer, if the obli-
535 gation to pay the fee or charge runs with title to the property or otherwise binds subsequent owners of property, regardless of
536 whether the fee or charge is a fixed amount or is determined as a percentage of the value of the property, the purchase price or
537 other consideration given for the transfer." A Private Transfer Fee must be properly recorded to be binding, and sellers must
538 disclose the existence of the fees to prospective buyers. Where a Private Transfer Fee is not properly recorded or disclosed,
539 the Act gives certain rights and protections to buyers.
540 **15. NOTICES, ASSESSMENTS AND MUNICIPAL REQUIREMENTS (9-18)**
541 **(A)** In the event any notices of public and/or private assessments as described in Paragraph 10(F) (excluding assessed value) are
542 received after Seller has signed this Agreement and before settlement, Seller will within _____5_ DAYS of receiving the notices and/
543 or assessments provide a copy of the notices and/or assessments to Buyer and will notify Buyer in writing that Seller will:
544 1. Fully comply with the notices and/or assessments, at Seller's expense, before settlement. If Seller fully complies with the
545 notices and/or assessments, Buyer accepts the Property and agrees to the RELEASE in Paragraph 28 of this Agreement, OR
546 2. Not comply with the notices and/or assessments. If Seller chooses not to comply with the notices and/or assessments, or **fails**
547 **within the stated time to notify Buyer** whether Seller will comply, Buyer will notify Seller in writing within _____5_____ DAYS
548 that Buyer will:
549 a. Comply with the notices and/or assessments at Buyer's expense, accept the Property, and agree to the RELEASE in
550 Paragraph 28 of this Agreement, OR
551 b. Terminate this Agreement by written notice to Seller, with all deposit monies returned to Buyer according to the terms of
552 Paragraph 26 of this Agreement.
553 **If Buyer fails to respond** within the time stated in Paragraph 15(A)(2) or **fails to terminate** this Agreement by written notice
554 to Seller within that time, **Buyer will accept the Property** and agree to the RELEASE in Paragraph 28 of this Agreement.
555 **(B)** If required by law, within _____30_ DAYS from the Execution Date of this Agreement, but in no case later than _____15_ DAYS prior
556 Settlement Date, Seller will order at Seller's expense a certification from the appropriate municipal department(s) disclosing notice
557 of any uncorrected violations of zoning, housing, building, safety or fire ordinances and/or a certificate permitting occupancy of
558 the Property. If Buyer receives a notice of any required repairs/improvements, Buyer will promptly deliver a copy of the notice to
559 Seller.
560 1. Within _____5_ DAYS of receiving notice from the municipality that repairs/improvements are required, Seller will deliver a
561 copy of the notice to Buyer and notify Buyer in writing that Seller will:
562 a. Make the required repairs/improvements to the satisfaction of the municipality. If Seller makes the required repairs/
563 improvements, Buyer accepts the Property and agrees to the RELEASE in Paragraph 28 of this Agreement, OR
564 b. Not make the required repairs/improvements. If Seller chooses not to make the required repairs/improvements, Buyer will
565 notify Seller in writing within _____5_ DAYS that Buyer will:
566 (1) Accept a temporary access certificate or temporary use and occupancy certificate, agree to the RELEASE in Paragraph
567 28 of this Agreement and make the repairs at Buyer's expense after settlement, OR
568 (2) Terminate this Agreement by written notice to Seller, with all deposit monies returned to Buyer according to the terms
569 of Paragraph 26 of this Agreement.
570 **If Buyer fails to respond** within the time stated in Paragraph 15(B)(1)(b) or **fails to terminate** this Agreement by writ-
571 ten notice to Seller within that time, **Buyer will accept the Property** and agree to the RELEASE in Paragraph 28 of this
572 Agreement, and **Buyer accepts the responsibility to perform the repairs/improvements** according to the terms of the
573 notice provided by the municipality.
574 2. If repairs/improvements are required and Seller fails to provide a copy of the notice to Buyer as required in this Paragraph,
575 Seller will perform all repairs/improvements as required by the notice at Seller's expense. **Paragraph 15(B)(2) will survive**
576 **settlement.**
577 **16. CONDOMINIUM/PLANNED COMMUNITY (HOMEOWNER ASSOCIATIONS) NOTICE (9-16)**
578 **(A)** Property is NOT a Condominium or part of a Planned Community unless checked below.
579 ☐ CONDOMINIUM. The Property is a unit of a condominium that is primarily run by a unit owners' association. Section 3407
580 of the Uniform Condominium Act of Pennsylvania requires Seller to furnish Buyer with a Certificate of Resale and copies of
581 the condominium declaration (other than plats and plans), the bylaws and the rules and regulations of the association.

582 Buyer Initials: _N̸E̸_ ASR Page 10 of 14 Seller Initials: _N̸R̸_

Produced with Lone Wolf Transactions (zipForm Edition) 717 N Harwood St, Suite 2200, Dallas, TX 75201   www.lwolf.com

DocuSign Envelope ID: 9FE34207-8D82-48F7-8F4B-E90D754C31C4

583 ☐ PLANNED COMMUNITY (HOMEOWNER ASSOCIATION). The Property is part of a planned community as defined by
584 the Uniform Planned Community Act. Section 5407(a) of the Act requires Seller to furnish Buyer with a copy of the decla-
585 ration (other than plats and plans), the bylaws, the rules and regulations of the association, and a Certificate containing the
586 provisions set forth in Section 5407(a) of the Act.
587 (B) **THE FOLLOWING APPLIES TO INITIAL SALES OF PROPERTIES THAT ARE PART OF A CONDOMINIUM**
588 **OR A PLANNED COMMUNITY:**
589 If this is the first sale of the property after creation of the condominium or planned community (therefore a sale by the Declarant),
590 Seller shall furnish Buyer with a Public Offering Statement no later than the date Buyer executes this Agreement. Buyer may void
591 this Agreement within 15 days (if a condominium) or within 7 days (if part of a planned community) after receipt of the Public
592 Offering Statement or any amendment to the Statement that materially and adversely affects Buyer. Upon Buyer declaring this
593 Agreement void, all deposit monies will be returned to Buyer according to the terms of Paragraph 26 of this Agreement.
594 (C) **THE FOLLOWING APPLIES TO RESALES OF PROPERTIES THAT ARE PART OF A CONDOMINIUM OR A**
595 **PLANNED COMMUNITY:**
596    1. Within ___15___ DAYS from the Execution Date of this Agreement, Seller, at Seller's expense, will request from the association
597 a Certificate of Resale and any other documents necessary to enable Seller to comply with the relevant Act. The Act provides
598 that the association is required to provide these documents within 10 days of Seller's request.
599    2. Seller will promptly deliver to Buyer all documents received from the association. Under the Act, Seller is not liable to Buyer
600 for the failure of the association to provide the Certificate in a timely manner or for any incorrect information provided by the
601 association in the Certificate.
602    3. The Act provides that Buyer may declare this Agreement VOID at any time before Buyer receives the association documents
603 and for 5 days after receipt, OR until settlement, whichever occurs first. Buyer's notice to Seller must be in writing; upon
604 Buyer declaring this Agreement void, all deposit monies will be returned to Buyer according to the terms of Paragraph 26 of
605 this Agreement.
606    4. If the association has the right to buy the Property (right of first refusal), and the association exercises that right, Seller will
607 reimburse Buyer for any costs incurred by Buyer for any inspections or certifications obtained according to the terms of the
608 Agreement, and any costs incurred by Buyer for: (1) Title search, title insurance and/or mechanics' lien insurance, or any fee for
609 cancellation; (2) Flood insurance, fire insurance, hazard insurance, mine subsidence insurance, or any fee for cancellation; (3)
610 Appraisal fees and charges paid in advance to mortgage lender.
611 **17. REAL ESTATE TAXES AND ASSESSED VALUE (4-14)**
612 In Pennsylvania, taxing authorities (school districts and municipalities) and property owners may appeal the assessed value of a prop-
613 erty at the time of sale, or at any time thereafter. A successful appeal by a taxing authority may result in a higher assessed value for
614 the property and an increase in property taxes. Also, periodic county-wide property reassessments may change the assessed value of
615 the property and result in a change in property tax.
616 **18. MAINTENANCE AND RISK OF LOSS (1-14)**
617 (A) Seller will maintain the Property (including, but not limited to, structures, grounds, fixtures, appliances, and personal property)
618 specifically listed in this Agreement in its present condition, normal wear and tear excepted.
619 (B) If any part of the Property included in the sale fails before settlement, Seller will:
620    1. Repair or replace that part of the Property before settlement, OR
621    2. Provide prompt written notice to Buyer of Seller's decision to:
622      a. Credit Buyer at settlement for the fair market value of the failed part of the Property, as acceptable to the mortgage lender,
623 if any, OR
624      b. Not repair or replace the failed part of the Property, and not credit Buyer at settlement for the fair market value of the failed
625 part of the Property.
626    3. If Seller does not repair or replace the failed part of the Property or agree to credit Buyer for its fair market value, **or if Seller fails**
627 **to notify Buyer of Seller's choice,** Buyer will notify Seller in writing within ___5___ DAYS or before Settlement Date, whichever
628 is earlier, that Buyer will:
629      a. Accept the Property and agree to the RELEASE in Paragraph 28 of this Agreement, OR
630      b. Terminate this Agreement by written notice to Seller, with all deposit monies returned to Buyer according to the terms of
631 Paragraph 26 of this Agreement.
632 **If Buyer fails to respond** within the time stated in Paragraph 18(B)(3) **or fails to terminate** this Agreement by written notice
633 to Seller within that time, **Buyer will accept** the Property and agree to the RELEASE in Paragraph 28 of this Agreement.
634 (C) Seller bears the risk of loss from fire or other casualties until settlement. If any property included in this sale is destroyed and not
635 replaced prior to settlement, Buyer will:
636    1. Accept the Property in its then current condition together with the proceeds of any insurance recovery obtainable by Seller, OR
637    2. Terminate this Agreement by written notice to Seller, with all deposit monies returned to Buyer according to the terms of
638 Paragraph 26 of this Agreement.
639 **19. HOME WARRANTIES (1-10)**
640 At or before settlement, either party may purchase a home warranty for the Property from a third-party vendor. Buyer and Seller
641 understand that a home warranty for the Property does not alter any disclosure requirements of Seller, will not cover or warrant any
642 pre-existing defects of the Property, and will not alter, waive or extend any provisions of this Agreement regarding inspections or
643 certifications that Buyer has elected or waived as part of this Agreement. Buyer and Seller understand that a broker who recommends
644 a home warranty may have a business relationship with the home warranty company that provides a financial benefit to the broker.

645 Buyer Initials: _N.S._

Seller Initials

Produced with Lone Wolf Transactions (zipForm Edition) 717 N Harwood St, Suite 2200, Dallas, TX 75201   www.lwolf.com

Nelson F.

DocuSign Envelope ID: 9FE34207-8D82-48F7-8F4B-E90D754C31C4

**20. RECORDING (9-05)**

This Agreement will not be recorded in the Office of the Recorder of Deeds or in any other office or place of public record. If Buyer causes or permits this Agreement to be recorded, Seller may elect to treat such act as a default of this Agreement.

**21. ASSIGNMENT (1-10)**

This Agreement is binding upon the parties, their heirs, personal representatives, guardians and successors, and to the extent assignable, on the assigns of the parties hereto. Buyer will not transfer or assign this Agreement without the written consent of Seller unless otherwise stated in this Agreement. Assignment of this Agreement may result in additional transfer taxes.

**22. GOVERNING LAW, VENUE AND PERSONAL JURISDICTION (9-05)**

(A) The validity and construction of this Agreement, and the rights and duties of the parties, will be governed in accordance with the laws of the Commonwealth of Pennsylvania.

(B) The parties agree that any dispute, controversy or claim arising under or in connection with this Agreement or its performance by either party submitted to a court shall be filed exclusively by and in the state or federal courts sitting in the Commonwealth of Pennsylvania.

**23. FOREIGN INVESTMENT IN REAL PROPERTY TAX ACT OF 1980 (FIRPTA) (1-17)**

The disposition of a U.S. real property interest by a foreign person (the transferor) is subject to the Foreign Investment in Real Property Tax Act of 1980 (FIRPTA) income tax withholding. FIRPTA authorized the United States to tax foreign persons on dispositions of U.S. real property interests. This includes but is not limited to a sale or exchange, liquidation, redemption, gift, transfers, etc. Persons purchasing U.S. real property interests (transferee) from foreign persons, certain purchasers' agents, and settlement officers are required to withhold up to 15 percent of the amount realized (special rules for foreign corporations). Withholding is intended to ensure U.S. taxation of gains realized on disposition of such interests. The transferee/Buyer is the withholding agent. If you are the transferee/Buyer you must find out if the transferor is a foreign person as defined by the Act. If the transferor is a foreign person and you fail to withhold, you may be held liable for the tax.

**24. NOTICE REGARDING CONVICTED SEX OFFENDERS (MEGAN'S LAW) (4-14)**

The Pennsylvania General Assembly has passed legislation (often referred to as "Megan's Law," 42 Pa.C.S. § 9791 et seq.) providing for community notification of the presence of certain convicted sex offenders. **Buyers are encouraged to contact the municipal police department or the Pennsylvania State Police** for information relating to the presence of sex offenders near a particular property, or to check the information on the Pennsylvania State Police Web site at www.pameganslaw.state.pa.us.

**25. REPRESENTATIONS (1-10)**

(A) All representations, claims, advertising, promotional activities, brochures or plans of any kind made by Seller, Brokers, their licensees, employees, officers or partners are not a part of this Agreement unless expressly incorporated or stated in this Agreement. This Agreement contains the whole agreement between Seller and Buyer, and there are no other terms, obligations, covenants, representations, statements or conditions, oral or otherwise, of any kind whatsoever concerning this sale. This Agreement will not be altered, amended, changed or modified except in writing executed by the parties.

(B) Unless otherwise stated in this Agreement, Buyer has inspected the Property (including fixtures and any personal property specifically listed herein) before signing this Agreement **or has waived the right to do so, and agrees to purchase the Property IN ITS PRESENT CONDITION,** subject to inspection contingencies elected in this Agreement. Buyer acknowledges that Brokers, their licensees, employees, officers or partners have not made an independent examination or determination of the structural soundness of the Property, the age or condition of the components, environmental conditions, the permitted uses, nor of conditions existing in the locale where the Property is situated; nor have they made a mechanical inspection of any of the systems contained therein.

(C) Any repairs required by this Agreement will be completed in a workmanlike manner.

(D) Broker(s) have provided or may provide services to assist unrepresented parties in complying with this Agreement.

**26. DEFAULT, TERMINATION AND RETURN OF DEPOSITS (1-18)**

(A) Where Buyer terminates this Agreement pursuant to any right granted by this Agreement, Buyer will be entitled to a return of all deposit monies paid on account of Purchase Price pursuant to the terms of Paragraph 26(B), and this Agreement will be VOID. Termination of this Agreement may occur for other reasons giving rise to claims by Buyer and/or Seller for the deposit monies.

(B) Regardless of the apparent entitlement to deposit monies, Pennsylvania law does not allow a Broker holding deposit monies to determine who is entitled to the deposit monies when settlement does not occur. Broker can only release the deposit monies:

   1. If this Agreement is terminated prior to settlement and there is no dispute over entitlement to the deposit monies. A written agreement signed by both parties is evidence that there is no dispute regarding deposit monies.

   2. If, after Broker has received deposit monies, Broker receives a written agreement that is signed by Buyer and Seller, directing Broker how to distribute some or all of the deposit monies.

   3. According to the terms of a final order of court.

   4. According to the terms of a prior written agreement between Buyer and Seller that directs the Broker how to distribute the deposit monies if there is a dispute between the parties that is not resolved. (See Paragraph 26(C))

(C) Buyer and Seller agree that if there is a dispute over the entitlement to deposit monies that is unresolved _____ days (180 if not specified) after the Settlement Date stated in Paragraph 4(A) (or any written extensions thereof) or following termination of the Agreement, whichever is earlier, then the Broker holding the deposit monies will, within 30 days of receipt of Buyer's written request, distribute the deposit monies to Buyer unless the Broker is in receipt of verifiable written notice that the dispute is the subject of litigation or mediation. If Broker has received verifiable written notice of litigation or mediation prior to the receipt of Buyer's request for distribution, Broker will continue to hold the deposit monies until receipt of a written distribution agreement between Buyer and Seller or a final court order. Buyer and Seller are advised to initiate litigation or mediation for any portion of the deposit monies prior to any distribution made by Broker pursuant to this paragraph. Buyer and Seller agree that the distribution of deposit monies based upon the passage of time does not legally determine entitlement to deposit monies, and that the parties maintain their legal rights to pursue litigation even after a distribution is made.

Buyer Initials: _N.C.J._       ASR Page 12 of 14      Seller Initials: _____

Produced with Lone Wolf Transactions (zipForm Edition) 717 N Harwood St, Suite 2200, Dallas, TX 75201  www.lwolf.com

Nelwa F.

(D) Buyer and Seller agree that a Broker who holds or distributes deposit monies pursuant to the terms of Paragraph 26 or Pennsylvania law will not be liable. Buyer and Seller agree that if any Broker or affiliated licensee is named in litigation regarding deposit monies, the attorneys' fees and costs of the Broker(s) and licensee(s) will be paid by the party naming them in litigation.

(E) Seller has the option of retaining all sums paid by Buyer, including the deposit monies, should Buyer:
1. Fail to make any additional payments as specified in Paragraph 2, OR
2. Furnish false or incomplete information to Seller, Broker(s), or any other party identified in this Agreement concerning Buyer's legal or financial status, OR
3. Violate or fail to fulfill and perform any other terms or conditions of this Agreement.

(F) Unless otherwise checked in Paragraph 26(G), Seller may elect to retain those sums paid by Buyer, including deposit monies:
1. On account of purchase price, OR
2. As monies to be applied to Seller's damages, OR
3. As liquidated damages for such default.

(G) ☒ SELLER IS LIMITED TO RETAINING SUMS PAID BY BUYER, INCLUDING DEPOSIT MONIES, AS LIQUI-DATED DAMAGES.

(H) If Seller retains all sums paid by Buyer, including deposit monies, as liquidated damages pursuant to Paragraph 26(F) or (G), Buyer and Seller are released from further liability or obligation and this Agreement is VOID.

(I) Brokers and licensees are not responsible for unused deposits.

**27. MEDIATION (7-20)**

Buyer and Seller will submit all disputes or claims that arise from this Agreement, including disputes and claims over deposit monies, to mediation. Mediation will be conducted in accordance with the Rules and Procedures of the Home Sellers/Home Buyers Dispute Resolution System, unless it is not available, in which case Buyer and Seller will mediate according to the terms of the mediation system offered or endorsed by the local Association of Realtors®. Mediation fees, contained in the mediator's fee schedule, will be divided equally among the parties and will be paid before the mediation conference. Legal proceedings may be initiated prior to the completion of the mediation process to stop any statute of limitations from expiring and for the purpose of indexing a lis pendens by Buyer to prevent the transfer of title to a third party when Buyer is seeking to purchase the Property. The parties agree that all proceedings shall be stayed until the completion of mediation and that a court of competent jurisdiction may award attorneys' fees to the prevailing party should the court find that a party has unreasonably breached this provision or acted in bad faith. Any agreement reached through mediation and signed by the parties will be binding. Any agreement to mediate disputes or claims arising from this Agreement will survive settlement.

**28. RELEASE (9-05)**

Buyer releases, quit claims and forever discharges SELLER, ALL BROKERS, their LICENSEES, EMPLOYEES and any OFFICER or PARTNER of any one of them and any other PERSON, FIRM or CORPORATION who may be liable by or through them, from any and all claims, losses or demands, including, but not limited to, personal injury and property damage and all of the consequences thereof, whether known or not, which may arise from the presence of termites or other wood-boring insects, radon, lead-based paint hazards, mold, fungi or indoor air quality, environmental hazards, any defects in the individual on-lot sewage disposal system or deficiencies in the on-site water service system, or any defects or conditions on the Property. Should Seller be in default under the terms of this Agreement or in violation of any Seller disclosure law or regulation, this release does not deprive Buyer of any right to pursue any remedies that may be available under law or equity. This release will survive settlement.

**29. REAL ESTATE RECOVERY FUND (4-18)**

A Real Estate Recovery Fund exists to reimburse any persons who have obtained a final civil judgment against a Pennsylvania real estate licensee (or a licensee's affiliates) owing to fraud, misrepresentation, or deceit in a real estate transaction and who have been unable to collect the judgment after exhausting all legal and equitable remedies. For complete details about the Fund, call (717) 783-3658.

**30. COMMUNICATIONS WITH BUYER AND/OR SELLER (1-10)**

(A) If Buyer is obtaining mortgage financing, Buyer shall promptly deliver to Broker for Buyer, if any, a copy of all Loan Estimate(s) and Closing Disclosure(s) upon receipt.

(B) Wherever this Agreement contains a provision that requires or allows communication/delivery to a Buyer, that provision shall be satisfied by communication/delivery to the Broker for Buyer, if any, **except for documents required to be delivered pursuant to Paragraph 16.** If there is no Broker for Buyer, those provisions may be satisfied only by communication/delivery being made directly to the Buyer, unless otherwise agreed to by the parties. Wherever this Agreement contains a provision that requires or allows communication/delivery to a Seller, that provision shall be satisfied by communication/delivery to the Broker for Seller, if any. If there is no Broker for Seller, those provisions may be satisfied only by communication/delivery being made directly to the Seller, unless otherwise agreed to by the parties.

**31. HEADINGS (4-14)**

The section and paragraph headings in this Agreement are for convenience only and are not intended to indicate all of the matter in the sections which follow them. They shall have no effect whatsoever in determining the rights, obligations or intent of the parties.

Buyer Initials: _D E_

ASR Page 13 of 14

Seller Initials: _N R_

769  32. **SPECIAL CLAUSES (1-10)**
770  (A)  The following are attached to and made part of this Agreement if checked:
771  ☐  Sale & Settlement of Other Property Contingency Addendum (PAR Form SSP)
772  ☐  Sale & Settlement of Other Property Contingency with Right to Continue Marketing Addendum (PAR Form SSPCM)
773  ☐  Sale & Settlement of Other Property Contingency with Timed Kickout Addendum (PAR Form SSPTKO)
774  ☐  Settlement of Other Property Contingency Addendum (PAR Form SOP)
775  ☐  Appraisal Contingency Addendum (PAR Form ACA)
776  ☐  Short Sale Addendum (PAR Form SHS)
777  ☐  _____
778  ☐  _____
779  ☐  _____
780  (B)  **Additional Terms:**    Bankruptcy court
781  1. Buyer understands ~~XXXX~~ approval required for the seller.
782  2. Buyer is purchasing property AS IS with understanding septic system will need replaced which Buyer accepts full
783  responsibility for.
784  3. Buyer is willing and able to settle as soon as permitted.
785  4. All parties are aware buyer agent is a licensed PA and MD broker-owner of RE/MAX Elite Services and is married to buyer,
786  Nelson E. Shank.
787
788
789
790
791
792
793
794
795  Buyer and Seller acknowledge receipt of a copy of this Agreement at the time of signing.

796  This Agreement may be executed in one or more counterparts, each of which shall be deemed to be an original and which counterparts
797  together shall constitute one and the same Agreement of the Parties.

798  **NOTICE TO PARTIES: WHEN SIGNED, THIS AGREEMENT IS A BINDING CONTRACT.** Parties to this transaction are
799  advised to consult a Pennsylvania real estate attorney before signing if they desire legal advice.

800  Return of this Agreement, and any addenda and amendments, including **return by electronic transmission**, bearing the signatures of all
801  parties, constitutes acceptance by the parties.

802  _NSL_  Buyer has received the Consumer Notice as adopted by the State Real Estate Commission at 49 Pa. Code §35.336.

803  _NSL_  Buyer has received a statement of Buyer's estimated closing costs before signing this Agreement.

804  _____  Buyer has received the Deposit Money Notice (for cooperative sales when Broker for Seller is holding deposit money)
805  before signing this Agreement.

806  _NSL_  Buyer has received the Lead-Based Paint Hazards Disclosure, which is attached to this Agreement of Sale. Buyer has
807  received the pamphlet Protect Your Family from Lead in Your Home (for properties built prior to 1978).

808  **BUYER** _Nelson E. Shank_                                    DATE _4 - 7-2022_
          Nelson E. Shank
809  **BUYER** _____                DATE _____

810  **BUYER** _____                DATE _____

811  Seller has received the Consumer Notice as adopted by the State Real Estate Commission at 49 Pa. Code §35.336.
812  Seller has received a statement of Seller's estimated closing costs before signing this Agreement.

813  **SELLER** _Kenneth P. Ray_                                    DATE _4/9/2022_
          Kenneth P. Ray—3170937D446D4AD...
814  **SELLER** _____              DATE _____

815  **SELLER** _____              DATE _____

DocuSign Envelope ID: 9FE34207-8D82-48F7-8F4B-E90D754C31C4

DocuSign Envelope ID: 46D79E61-F8E4-406A-BF64-00D9161A592A

**SELLER'S PROPERTY DISCLOSURE STATEMENT**                                                   **SPD**

This form recommended and approved for, but not restricted to use by, the members of the Pennsylvania Association of Realtors® (PAR).

1   PROPERTY 11734 Ridge Rd, Greencastle, PA 17225-9115

2   SELLER Kenneth P. Ray

3                      **INFORMATION REGARDING THE REAL ESTATE SELLER DISCLOSURE LAW**

4   The Real Estate Seller Disclosure Law (68 P.S. §7301, et seq.) requires that before an agreement of sale is signed, the seller in a residential
5   real estate transfer must disclose all known material defects about the property being sold that are not readily observable. A material defect
6   is a problem with a residential real property or any portion of it that would have a significant adverse impact on the value of the property or
7   that involves an unreasonable risk to people on the property. The fact that a structural element, system or subsystem is at or beyond the end
8   of its normal useful life is not by itself a material defect.

9   This property disclosure statement ("Statement") includes disclosures beyond the basic requirements of the Law and is designed to assist
10  Seller in complying with disclosure requirements and to assist Buyer in evaluating the property being considered. Sellers who wish to see
11  or use the basic disclosure form can find the form on the website of the Pennsylvania State Real Estate Commission. Neither this Statement
12  nor the basic disclosure form limits Seller's obligation to disclose a material defect.

13  This Statement discloses Seller's knowledge of the condition of the Property as of the date signed by Seller and is not a substitute for any
14  inspections or warranties that Buyer may wish to obtain. This Statement is not a warranty of any kind by Seller or a warranty or rep-
15  resentation by any listing real estate broker, any selling real estate broker, or their licensees. Buyer is encouraged to address concerns
16  about the condition of the Property that may not be included in this Statement.

17  The Law provides exceptions (listed below) where a property disclosure statement does not have to be completed. All other sellers
18  are obligated to complete a property disclosure statement, even if they do not occupy or have never occupied the Property.

19  1   Transfers by a fiduciary during the administration of a decedent estate, guardianship, conservatorship or trust.
20  2.  Transfers as a result of a court order.
21  3.  Transfers to a mortgage lender that results from a buyer's default and subsequent foreclosure sales that result from default.
22  4   Transfers from a co-owner to one or more other co-owners.
23  5.  Transfers made to a spouse or direct descendant.
24  6.  Transfers between spouses as a result of divorce, legal separation or property settlement.
25  7   Transfers by a corporation, partnership or other association to its shareholders, partners or other equity owners as part of a plan of
26      liquidation.
27  8   Transfers of a property to be demolished or converted to non-residential use.
28  9.  Transfers of unimproved real property.
29  10. Transfers of new construction that has never been occupied and:
30      a.  The buyer has received a one-year warranty covering the construction;
31      b.  The building has been inspected for compliance with the applicable building code or, if none, a nationally recognized model
32          building code; and
33      c.  A certificate of occupancy or a certificate of code compliance has been issued for the dwelling.

---

34                                      **COMMON LAW DUTY TO DISCLOSE**
35  Although the provisions of the Real Estate Seller Disclosure Law exclude some transfers from the requirement of completing a disclo-
36  sure statement, the Law does not excuse the seller's common law duty to disclose any known material defect(s) of the Property in order
37  to avoid fraud, misrepresentation or deceit in the transaction. This duty continues until the date of settlement.

---

38                                  **EXECUTOR, ADMINISTRATOR, TRUSTEE SIGNATURE BLOCK**
39  According to the provisions of the Real Estate Seller Disclosure Law, the undersigned executor, administrator or trustee is not required
40  to fill out a Seller's Property Disclosure Statement. The executor, administrator or trustee, must, however, disclose any known
41  material defect(s) of the Property.
42                                                                              DATE _____

43  Seller's Initials _____ Date 3/27/2022      SPD Page 1 of 11     Buyer's Initials _____ Date 4-7-22

Pennsylvania Association of Realtors®

COPYRIGHT PENNSYLVANIA ASSOCIATION OF REALTORS® 2021
rev. 3/21, rel. 7/21

Berkshire Hathaway Hawes Realty, 11449 Robinwood Drive Ste 130 Hagerstown MD 21742     Phone 3314475556     Fax 3017451625     11734 Ridge Rd
Frannie Parks     Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48025   www.zipLogix.com

DocuSign Envelope ID: 9FE34207-8D82-48F7-8F4B-E90D754C31C4

DocuSign Envelope ID: 46D79E61-F8E4-406A-BF64-00D9161A592A

Check yes, no, unknown (unk) or not applicable (N/A) for each question. Be sure to check N/A when a question does not apply to the Property. Check unknown when the question does apply to the Property but you are not sure of the answer. All questions must be answered.

## 1. SELLER'S EXPERTISE

| | Yes | No | Unk | N/A |
|---|---|---|---|---|
| (A) Does Seller possess expertise in contracting, engineering, architecture, environmental assessment or other areas related to the construction and conditions of the Property and its improvements? | | ✓ | | |
| (B) Is Seller the landlord for the Property? | | | | |
| (C) Is Seller a real estate licensee? | | ✓ | | |

Explain any "yes" answers in Section 1: _____

## 2. OWNERSHIP/OCCUPANCY

| (A) Occupancy | Yes | No | Unk | N/A |
|---|---|---|---|---|
| 1. When was the Property most recently occupied? 2/11/21 | | | | |
| 2. By how many people? 1 | | | | |
| 3. Was Seller the most recent occupant? | ✓ | | | |
| 4. If "no," when did Seller most recently occupy the Property? _____ | | | | |
| (B) Role of Individual Completing This Disclosure. Is the individual completing this form: | | | | |
| 1. The owner | ✓ | | | |
| 2. The executor or administrator | | | | |
| 3. The trustee | | | | |
| 4. An individual holding power of attorney | | | | |

(C) When was the Property acquired? _____

(D) List any animals that have lived in the residence(s) or other structures during your ownership: _____
Dog + Cat

Explain Section 2 (if needed): _____

## 3. CONDOMINIUMS/PLANNED COMMUNITIES/HOMEOWNERS ASSOCIATIONS

(A) Disclosures for condominiums and cooperatives are limited to Seller's particular unit(s). Disclosures regarding common areas or facilities are not required by the Real Estate Seller Disclosure Law.

| (B) Type. Is the Property part of a(n): | Yes | No | Unk | N/A |
|---|---|---|---|---|
| 1. Condominium | | ✓ | | |
| 2. Homeowners association or planned community | | ✓ | | |
| 3. Cooperative | | ✓ | | |
| 4. Other type of association or community _____ | | | | |

(C) If "yes," how much are the fees? $_____, paid (☐ Monthly)(☐ Quarterly)(☐ Yearly)

(D) If "yes," are there any community services or systems that the association or community is responsible for supporting or maintaining? Explain: _____

| (E) If "yes," provide the following information: | | | | |
|---|---|---|---|---|
| 1. Community Name _____ | | | | |
| 2. Contact _____ | | | | |
| 3. Mailing Address _____ | | | | |
| 4. Telephone Number _____ | | | | |

(F) How much is the capital contribution/initiation fee(s)? $ _____

*Notice to Buyer: A buyer of a resale unit in a condominium, cooperative, or planned community must receive a copy of the declaration (other than the plats and plans), the by-laws, the rules or regulations, and a certificate of resale issued by the association, condominium cooperative, or planned community. Buyers may be responsible for capital contributions, initiation fees or similar one-time fees in addition to regular maintenance fees. The buyer will have the option of canceling the agreement with the return of all deposit monies until the certificate has been provided to the buyer and for five days thereafter or until conveyance, whichever occurs first*

## 4. ROOFS AND ATTIC

| (A) Installation | Yes | No | Unk | N/A |
|---|---|---|---|---|
| 1. When was or were the roof or roofs installed? _____ | | | | |
| 2. Do you have documentation (invoice, work order, warranty, etc.)? | | ✓ | | |
| (B) Repair | | | | |
| 1. Was the roof or roofs or any portion of it or them replaced or repaired during your ownership? | ✓ | | | |
| 2. If it or they were replaced or repaired, were any existing roofing materials removed? | | ✓ | | |
| (C) Issues | | | | |
| 1. Has the roof or roofs ever leaked during your ownership? | ✓ | | | |
| 2. Have there been any other leaks or moisture problems in the attic? | | ✓ | | |
| 3. Are you aware of any past or present problems with the roof(s), attic, gutters, flashing or downspouts? | | ✓ | | |

Seller's Initials _AKR_ / ____ Date _3/27/2022_   SPD Page 2 of 11   Buyer's Initials _EE_ / ____ Date _4-7-22_

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com       11734 Ridge Rd

Check yes, no, unknown (unk) or not applicable (N/A) for each question. Be sure to check N/A when a question does not apply to the Property. Check unknown when the question does apply to the Property but you are not sure of the answer. All questions must be answered.

Explain any "yes" answers in Section 4. Include the location and extent of any problem(s) and any repair or remediation efforts, the name of the person or company who did the repairs and the date they were done: _____

## 5. BASEMENTS AND CRAWL SPACES

**(A) Sump Pump**

| | Yes | No | Unk | N/A |
|---|---|---|---|---|
| 1. Does the Property have a sump pit? If "yes," how many? _____ | | ✓ | | |
| 2. Does the Property have a sump pump? If "yes," how many? _____ | | ✓ | | |
| 3. If it has a sump pump, has it ever run? | | | | |
| 4. If it has a sump pump, is the sump pump in working order? | | | | |

**(B) Water Infiltration**

| | Yes | No | Unk | N/A |
|---|---|---|---|---|
| 1. Are you aware of any past or present water leakage, accumulation, or dampness within the basement or crawl space? | | ✓ | | |
| 2. Do you know of any repairs or other attempts to control any water or dampness problem in the basement or crawl space? | | ✓ | | |
| 3. Are the downspouts or gutters connected to a public sewer system? | | ✓ | | |

Explain any "yes" answers in Section 5. Include the location and extent of any problem(s) and any repair or remediation efforts, the name of the person or company who did the repairs and the date they were done: _____

## 6. TERMITES/WOOD-DESTROYING INSECTS, DRYROT, PESTS

**(A) Status**

| | Yes | No | Unk | N/A |
|---|---|---|---|---|
| 1. Are you aware of past or present dryrot, termites/wood-destroying insects or other pests on the Property? | | ✓ | | |
| 2. Are you aware of any damage caused by dryrot, termites/wood-destroying insects or other pests? | | ✓ | | |

**(B) Treatment**

| | Yes | No | Unk | N/A |
|---|---|---|---|---|
| 1. Is the Property currently under contract by a licensed pest control company? | | ✓ | | |
| 2. Are you aware of any termite/pest control reports or treatments for the Property? | | ✓ | | |

Explain any "yes" answers in Section 6. Include the name of any service/treatment provider, if applicable: _____

## 7. STRUCTURAL ITEMS

| | Yes | No | Unk | N/A |
|---|---|---|---|---|
| (A) Are you aware of any past or present movement, shifting, deterioration, or other problems with walls, foundations, or other structural components? | | ✓ | | |
| (B) Are you aware of any past or present problems with driveways, walkways, patios or retaining walls on the Property? | | ✓ | | |
| (C) Are you aware of any past or present water infiltration in the house or other structures, other than the roof(s), basement or crawl space(s)? | | ✓ | | |
| (D) Stucco and Exterior Synthetic Finishing Systems | | | | |
| 1. Is any part of the Property constructed with stucco or an Exterior Insulating Finishing System (EIFS) such as Dryvit or synthetic stucco, synthetic brick or synthetic stone? | | ✓ | | |
| 2. If "yes," indicate type(s) and location(s) _____ | | | | |
| 3. If "yes," provide date(s) installed _____ | | | | |
| (E) Are you aware of any fire, storm/weather-related, water, hail or ice damage to the Property? | | ✓ | | |
| (F) Are you aware of any defects (including stains) in flooring or floor coverings? | | ✓ | | |

Explain any "yes" answers in Section 7. Include the location and extent of any problem(s) and any repair or remediation efforts, the name of the person or company who did the repairs and the date the work was done: _____

## 8. ADDITIONS/ALTERATIONS

| | Yes | No | Unk | N/A |
|---|---|---|---|---|
| (A) Have any additions, structural changes or other alterations (including remodeling) been made to the Property during your ownership? Itemize and date all additions/alterations below. | | ✓ | | |

| Addition, structural change or alteration (continued on following page) | Approximate date of work | Were permits obtained? (Yes/No/Unk/NA) | Final inspections/ approvals obtained? (Yes/No/Unk/NA) |
|---|---|---|---|
| | | | |
| | | | |

Seller's Initials _____ Date 3/27/2022  SPD Page 3 of 11  _____  4-2-2022

Check yes, no, unknown (unk) or not applicable (N/A) for each question. Be sure to check N/A when a question does not apply to the Property. Check unknown when the question does apply to the Property but you are not sure of the answer. All questions must be answered.

| Addition, structural change or alteration | Approximate date of work | Were permits obtained? (Yes/No/Unk/NA) | Final inspections/ approvals obtained? (Yes/No/Unk/NA) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

☐ A sheet describing other additions and alterations is attached.

| | Yes | No | Unk | N/A |
|---|---|---|---|---|
| (B) Are you aware of any private or public architectural review control of the Property other than zoning codes? If "yes," explain: _____ | | ✓ | | |

*Note to Buyer: The PA Construction Code Act. 35 P.S. §7210 et seq. (effective 2004), and local codes establish standards for building and altering properties. Buyers should check with the municipality to determine if permits and/or approvals were necessary for disclosed work and if so, whether they were obtained. Where required permits were not obtained, the municipality might require the current owner to upgrade or remove changes made by the prior owners. Buyers can have the Property inspected by an expert in codes compliance to determine if issues exist. Expanded title insurance policies may be available for Buyers to cover the risk of work done to the Property by previous owners without a permit or approval*

*Note to Buyer: According to the PA Stormwater Management Act, each municipality must enact a Storm Water Management Plan for drainage control and flood reduction. The municipality where the Property is located may impose restrictions on impervious or semi-pervious surfaces added to the Property. Buyers should contact the local office charged with overseeing the Stormwater Management Plan to determine if the prior addition of impervious or semi-pervious areas, such as walkways, decks, and swimming pools, might affect your ability to make future changes.*

## 9. WATER SUPPLY

| | Yes | No | Unk | N/A |
|---|---|---|---|---|
| (A) Source. Is the source of your drinking water (check all that apply): | | | | |
| 1. Public | | ✓ | | |
| 2. A well on the Property | ✓ | | | |
| 3. Community water | | ✓ | | |
| 4. A holding tank | | | | |
| 5. A cistern | ✓ | | | |
| 6. A spring | | ✓ | | |
| 7. Other _____ | | ✓ | | |
| 8. If no water service, explain: _____ | | | | |
| (B) General | | | | |
| 1. When was the water supply last tested? _____ Test results: _____ | | | ✓ | |
| | | | ✓ | |
| 2. Is the water system shared? | | ✓ | | |
| 3. If "yes," is there a written agreement? | | | | |
| 4. Do you have a softener, filter or other conditioning system? | | ✓ | | |
| 5. Is the softener, filter or other treatment system leased? From whom? _____ | | | | ✓ |
| 6. If your drinking water source is not public, is the pumping system in working order? If "no," explain: _____ | ✓ | | | |
| (C) Bypass Valve (for properties with multiple sources of water) | | | | |
| 1. Does your water source have a bypass valve? | | | | |
| 2. If "yes," is the bypass valve working? | | ✓ | | |
| (D) Well | | | | |
| 1. Has your well ever run dry? | | | | |
| 2. Depth of well ___500-550 Feet___ | | | | |
| 3. Gallons per minute: ___10+___, measured on (date) ___10-15 yrs ago___ | | | | |
| 4. Is there a well that is used for something other than the primary source of drinking water? If "yes," explain _____ | | ✓ | | |
| 5. If there is an unused well, is it capped? | | | | ✓ |

Seller's Initials _____ / _____ Date 3/27/2022 SPD Page 4 of 11 _____ 4-7-2022

> Check yes, no, unknown (unk) or not applicable (N/A) for each question. Be sure to check N/A when a question does not apply to the Property. Check unknown when the question does apply to the Property but you are not sure of the answer. All questions must be answered.

**(E) Issues**

|  | Yes | No | Unk | N/A |
|---|---|---|---|---|
| 1. Are you aware of any leaks or other problems, past or present, relating to the water supply, pumping system and related items? | | ✓ | | |
| 2. Have you ever had a problem with your water supply? | ✓ | | | |

Explain any problem(s) with your water supply. Include the location and extent of any problem(s) and any repair or remediation efforts, the name of the person or company who did the repairs and the date the work was done: New pump and well driled deeper 10-15 yrs ago

## 10. SEWAGE SYSTEM

**(A) General**

|  | Yes | No | Unk | N/A |
|---|---|---|---|---|
| 1. Is the Property served by a sewage system (public, private or community)? | ✓ | | | |
| 2. If "no," is it due to unavailability or permit limitations? | | | | ✓ |
| 3. When was the sewage system installed (or date of connection, if public)? ___ | | | ✓ | |
| 4. Name of current service provider, if any. ___ | | | ✓ | |

**(B) Type is your Property served by:**

|  | Yes | No | Unk | N/A |
|---|---|---|---|---|
| 1. Public | | ✓ | | |
| 2. Community (non-public) | | ✓ | | |
| 3. An individual on-lot sewage disposal system | ✓ | | | |
| 4. Other, explain: ___ | | ✓ | | |

**(C) Individual On-lot Sewage Disposal System. (check all that apply):**

|  | Yes | No | Unk | N/A |
|---|---|---|---|---|
| 1. Is your sewage system within 100 feet of a well? | | ✓ | | |
| 2. Is your sewage system subject to a ten-acre permit exemption? | | ✓ | | |
| 3. Does your sewage system include a holding tank? | ✓ | | | |
| 4. Does your sewage system include a septic tank? | ✓ | | | |
| 5. Does your sewage system include a drainfield? | ✓ | | | |
| 6. Does your sewage system include a sandmound? | | ✓ | | |
| 7. Does your sewage system include a cesspool? | | ✓ | | |
| 8. Is your sewage system shared? | | ✓ | | |
| 9. Is your sewage system any other type? Explain: Cesspool converted to septic t | | | ✓ | |
| 10. Is your sewage system supported by a backup or alternate system? | | ✓ | | |

**(D) Tanks and Service**

|  | Yes | No | Unk | N/A |
|---|---|---|---|---|
| 1. Are there any metal/steel septic tanks on the Property? | | ✓ | | |
| 2. Are there any cement/concrete septic tanks on the Property? | ✓ | | | |
| 3. Are there any fiberglass septic tanks on the Property? | | ✓ | | |
| 4. Are there any other types of septic tanks on the Property? Explain ___ | | ✓ | | |
| 5. Where are the septic tanks located? ___ | | | | |
| 6. When were the tanks last pumped and by whom? ___ | | | ✓ | |

**(E) Abandoned Individual On-lot Sewage Disposal Systems and Septic**

|  | Yes | No | Unk | N/A |
|---|---|---|---|---|
| 1. Are you aware of any abandoned septic systems or cesspools on the Property? | | ✓ | | |
| 2. If "yes," have these systems, tanks or cesspools been closed in accordance with the municipality's ordinance? | | | | ✓ |

**(F) Sewage Pumps**

|  | Yes | No | Unk | N/A |
|---|---|---|---|---|
| 1. Are there any sewage pumps located on the Property? | | ✓ | | |
| 2. If "yes," where are they located? ___ | | | | ✓ |
| 3. What type(s) of pump(s)? ___ | | | | ✓ |
| 4. Are pump(s) in working order? ___ | | | | ✓ |
| 5. Who is responsible for maintenance of sewage pumps? ___ | | | | ✓ |

**(G) Issues**

|  | Yes | No | Unk | N/A |
|---|---|---|---|---|
| 1. How often is the on-lot sewage disposal system serviced? ___ | | | ✓ | |
| 2. When was the on-lot sewage disposal system last serviced and by whom? / SABAC did not Pass FHA Inspection Last year / a VIR | | | | |
| 3. Is any waste water piping not connected to the septic/sewer system? | | ✓ | | |
| 4. Are you aware of any past or present leaks, backups, or other problems relating to the sewage system and related items? | ✓ | | | |

Seller's Initials _____ / Date 3/27/2022  SPD Page 5 of 11  /ML/  4-7-2022

11734 Ridge Rd

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026  www.zipLogix.com

Check yes, no, unknown (unk) or not applicable (N/A) for each question. Be sure to check N/A when a question does not apply to the Property. Check unknown when the question does apply to the Property but you are not sure of the answer. All questions must be answered.

Explain any "yes" answers in Section 10. Include the location and extent of any problem(s) and any repair or remediation efforts, the name of the person or company who did the repairs and the date the work was done: _____

## 11. PLUMBING SYSTEM

(A) Material(s). Are the plumbing materials (check all that apply):

| | | Yes | No | Unk | N/A |
|---|---|---|---|---|---|
| 1. | Copper | ✓ | | | |
| 2. | Galvanized | | ✓ | | |
| 3. | Lead | | ✓ | | |
| 4. | PVC | ✓ | | | |
| 5. | Polybutylene pipe (PB) | | | ✓ | |
| 6. | Cross-linked polyethyline (PEX) | | | ✓ | |
| 7. | Other _____ | | | ✓ | |

(B) Are you aware of any past or present problems with any of your plumbing fixtures (e.g., including but not limited to: kitchen, laundry, or bathroom fixtures; wet bars; exterior faucets; etc)? repaired

| | Yes | No | Unk | N/A |
|---|---|---|---|---|
| | ✓ | | | |

If "yes," explain: _pipe to Upstairs bathroom - re_____ pipes_

## 12. DOMESTIC WATER HEATING

(A) Type(s). Is your water heating (check all that apply):

| | | Yes | No | Unk | N/A |
|---|---|---|---|---|---|
| 1. | Electric | ✓ | | | |
| 2. | Natural gas | | ✓ | | |
| 3. | Fuel oil | | ✓ | | |
| 4. | Propane | | ✓ | | |
| | If "yes," is the tank owned by Seller? | | | | ✓ |
| 5. | Solar | | ✓ | | |
| | If "yes," is the system owned by Seller? | | | | ✓ |
| 6. | Geothermal | | ✓ | | |
| 7. | Other _____ | | ✓ | | |

(B) System(s)

1. How many water heaters are there? ___1___

Tanks ✓ 1 Tankless

2. When were they installed? _8-10 years ago - water heater replaced_

| | Yes | No | Unk | N/A |
|---|---|---|---|---|
| | | | ✓ | |

✱ 3. Is your water heater a summer/winter hook-up (integral system, hot water from the boiler, etc.)?

(C) Are you aware of any problems with any water heater or related equipment?

| | Yes | No | Unk | N/A |
|---|---|---|---|---|
| | | ✓ | | |

If "yes," explain: _____

## 13. HEATING SYSTEM

(A) Fuel Type(s). Is your heating source (check all that apply):

| | | Yes | No | Unk | N/A |
|---|---|---|---|---|---|
| 1. | Electric | ✓ | | | |
| 2. | Natural gas | | ✓ | | |
| 3. | Fuel oil | | ✓ | | |
| 4. | Propane | ✓ | | | |
| | If "yes," is the tank owned by Seller? | ✓ | | | |
| 5. | Geothermal | | ✓ | | |
| 6. | Coal | | ✓ | | |
| 7. | Wood | | ✓ | | |
| 8. | Solar shingles or panels | | ✓ | | |
| | If "yes," is the system owned by Seller? | | | | ✓ |
| 9. | Other: _____ | | ✓ | | |

(B) System Type(s) (check all that apply):

| | | Yes | No | Unk | N/A |
|---|---|---|---|---|---|
| 1. | Forced hot air | | ✓ | | |
| 2. | Hot water | | ✓ | | |
| 3. | Heat pump | | ✓ | | |
| 4. | Electric baseboard | ✓ | | | |
| 5. | Steam | | ✓ | | |
| 6. | Radiant flooring | | ✓ | | |
| 7. | Radiant ceiling | | ✓ | | |

Seller's Initials _____ Date 3/27/2022   SPD Page 6 of 11   _NSH_   _V-77014_

Check yes, no, unknown (unk) or not applicable (N/A) for each question. Be sure to check N/A when a question does not apply to the Property. Check unknown when the question does apply to the Property but you are not sure of the answer. All questions must be answered.

| | Yes | No | Unk | N/A |
|---|---|---|---|---|
| 8. Pellet stove(s) | | ✓ | | |
| How many and location? | | | | ✓ |
| 9. Wood stove(s) | | ✓ | | |
| How many and location? | | | | ✓ |
| 10. Coal stove(s) | | ✓ | | |
| How many and location? | | | | ✓ |
| 11. Wall-mounted split system(s) | | ✓ | | |
| How many and location? | | | | ✓ |
| 12. Other: Has propane fire place in Living room | ✓ | | | |
| 13. If multiple systems, provide locations ___ Propane fire place in Living room | | | | |

**(C) Status**

| | Yes | No | Unk | N/A |
|---|---|---|---|---|
| 1. Are there any areas of the house that are not heated? | | | | |
| If "yes," explain: | | | | |
| 2. How many heating zones are in the Property? | | | | |
| 3. When was each heating system(s) or zone installed? | | | ✓ | |
| 4. When was the heating system(s) last serviced? | | | ✓ | |
| 5. Is there an additional and/or backup heating system? If "yes," explain: | | | | |
| 6. Is any part of the heating system subject to a lease, financing or other agreement? | | ✓ | | |
| If "yes," explain: | | | | ✓ |

**(D) Fireplaces and Chimneys**

| | Yes | No | Unk | N/A |
|---|---|---|---|---|
| 1. Are there any fireplaces? How many? | ✓ | | | |
| 2. Are all fireplaces working? | ✓ | | | |
| 3. Fireplace types (wood, gas, electric, etc.): Gas-Propane | | | | |
| 4. Was the fireplace(s) installed by a professional contractor or manufacturer's representative? | | | ✓ | |
| 5. Are there any chimneys (from a fireplace, water heater or any other heating system)? | | ✓ | | |
| 6. How many chimneys? | | | | ✓ |
| 7. When were they last cleaned? | | | | ✓ |
| 8. Are the chimneys working? If "no," explain: | | | | ✓ |

**(E) Fuel Tanks**

| | Yes | No | Unk | N/A |
|---|---|---|---|---|
| 1. Are you aware of any heating fuel tank(s) on the Property? | | ✓ | | |
| 2. Location(s), including underground tank(s): | | | | ✓ |
| 3. If you do not own the tank(s), explain: | | | | ✓ |
| (F) Are you aware of any problems or repairs needed regarding any item in Section 13? If "yes," explain: | | ✓ | | |

**14. AIR CONDITIONING SYSTEM**

(A) Type(s). Is the air conditioning (check all that apply):

| | Yes | No | Unk | N/A |
|---|---|---|---|---|
| 1. Central air | | ✓ | | |
| a. How many air conditioning zones are in the Property? | | | | |
| b. When was each system or zone installed? | | | | |
| c. When was each system last serviced? | | | | |
| 2. Wall units | | ✓ | | |
| How many and the location? | | | | ✓ |
| 3. Window units | ✓ | | | |
| How many? 4 | | | | |
| 4. Wall-mounted split units | | ✓ | | |
| How many and the location? | | | | ✓ |
| 5. Other | | ✓ | | |
| 6. None | | ✓ | | |
| (B) Are there any areas of the house that are not air conditioned? | | ✓ | | |
| If "yes," explain: | | | | ✓ |
| (C) Are you aware of any problems with any item in Section 14? If "yes," explain: | | ✓ | | |

Seller's Initials _____ / _____   Date 3/27/2022   SPD Page 7 of 11   NSH   4-7-2022

DocuSign Envelope ID: 9FE34207-8D82-48F7-8F4B-E90D754C31C4

DocuSign Envelope ID: 46D79E61-F8E4-406A-BF64-00D9161A592A

Check yes, no, unknown (unk) or not applicable (N/A) for each question. Be sure to check N/A when a question does not apply to the Property. Check unknown when the question does apply to the Property but you are not sure of the answer. All questions must be answered.

## 15. ELECTRICAL SYSTEM

(A) Type(s)

| | | Yes | No | Unk | N/A |
|---|---|---|---|---|---|
| 1. | Does the electrical system have fuses? | | ✓ | | |
| 2. | Does the electrical system have circuit breakers? | ✓ | | | |
| 3. | Is the electrical system solar powered? | | ✓ | | |
| | a. If "yes," is it entirely or partially solar powered? _____ | | | | |
| | b. If "yes," is any part of the system subject to a lease, financing or other agreement? If "yes," explain: _____ | | | | |
| (B) What is the system amperage? _____ | | | | ✓ | |
| (C) Are you aware of any knob and tube wiring in the Property? | | | ✓ | | |
| (D) Are you aware of any problems or repairs needed in the electrical system? If "yes," explain: _____ | | | ✓ | | |

## 16. OTHER EQUIPMENT AND APPLIANCES

(A) THIS SECTION IS INTENDED TO IDENTIFY PROBLEMS OR REPAIRS and must be completed for each item that will, or may, be included with the Property. The terms of the Agreement of Sale negotiated between Buyer and Seller will determine which items, if any, are included in the purchase of the Property. THE FACT THAT AN ITEM IS LISTED DOES NOT MEAN IT IS INCLUDED IN THE AGREEMENT OF SALE.

(B) Are you aware of any problems or repairs needed to any of the following:

| Item | Yes | No | N/A | | Item | Yes | No | N/A |
|---|---|---|---|---|---|---|---|---|
| A/C window units | | ✓ | | | Pool/spa heater | | | ✓ |
| Attic fan(s) | | | ✓ | | Range/oven | | ✓ | |
| Awnings | | | ✓ | | Refrigerator(s) | | ✓ | |
| Carbon monoxide detectors | | | ✓ | | Satellite dish | | | ✓ |
| Ceiling fans | | ✓ | | | Security alarm system | | | ✓ |
| Deck(s) | | | ✓ | | Smoke detectors | | ✓ | |
| Dishwasher | | | | | Sprinkler automatic timer | | | ✓ |
| Dryer | | ✓ | | | Stand-alone freezer | | | ✓ |
| Electric animal fence | | | ✓ | | Storage shed | | | ✓ |
| Electric garage door opener | ✓ | | | | Trash compactor | | | ✓ |
| Garage transmitters | | | ✓ | | Washer | | ✓ | |
| Garbage disposal | | | ✓ | | Whirlpool/tub | | ✓ | |
| In-ground lawn sprinklers | | | ✓ | | Other: | | | |
| Intercom | | | ✓ | | 1. | | | |
| Interior fire sprinklers | | | ✓ | | 2. | | | |
| Keyless entry | | | ✓ | | 3. | | | |
| Microwave oven | | ✓ | | | 4. | | | |
| Pool/spa accessories | ✓ | | | | 5. | | | |
| Pool/spa cover | | | ✓ | | 6. | | | |

(C) Explain any "yes" answers in Section 16: Electric breaker box opens not working, Pool needs new line cord on for pump

## 17. POOLS, SPAS AND HOT TUBS

| | | Yes | No | Unk | N/A |
|---|---|---|---|---|---|
| (A) Is there a swimming pool on the Property? If "yes,": | | ✓ | | | |
| 1. Above-ground or in-ground? Above | | | | | |
| 2. Saltwater or chlorine? Chlorine | | | | | |
| 3. If heated, what is the heat source? _____ | | | | | ✓ |
| 4. Vinyl-lined, fiberglass or concrete-lined? Vinyl | | | | | |
| 5. What is the depth of the swimming pool? 51 inches | | | | | |
| 6. Are you aware of any problems with the swimming pool? | | | ✓ | | |
| 7. Are you aware of any problems with any of the swimming pool equipment (cover, filter, ladder, lighting, pump, etc.)? | | ✓ | | | |
| (B) Is there a spa or hot tub on the Property? | | | ✓ | | |
| 1. Are you aware of any problems with the spa or hot tub? | | | | | ✓ |
| 2. Are you aware of any problems with any of the spa or hot tub equipment (steps, lighting, jets, cover, etc.)? | | | | | ✓ |

(C) Explain any problems in Section 17: _____

Seller's Initials [initials]  Date 3/27/2022   SPD Page 8 of 11   [initials]   4-7-2022
11734 Ridge Rd

Check yes, no, unknown (unk) or not applicable (N/A) for each question. Be sure to check N/A when a question does not apply to the Property. Check unknown when the question does apply to the Property but you are not sure of the answer. All questions must be answered.

### 18. WINDOWS

| | Yes | No | Unk | N/A |
|---|---|---|---|---|
| (A) Have any windows or skylights been replaced during your ownership of the Property? | | ✓ | | |
| (B) Are you aware of any problems with the windows or skylights? | | ✓ | | |

Explain any "yes" answers in Section 18. Include the location and extent of any problem(s) and any repair, replacement or remediation efforts, the name of the person or company who did the repairs and the date the work was done: __Bedroom window needs new pane__

### 19. LAND/SOILS

(A) Property

| | Yes | No | Unk | N/A |
|---|---|---|---|---|
| 1. Are you aware of any fill or expansive soil on the Property? | | ✓ | | |
| 2. Are you aware of any sliding, settling, earth movement, upheaval, subsidence, sinkholes or earth stability problems that have occurred on or affect the Property? | | ✓ | | |
| 3. Are you aware of sewage sludge (other than commercially available fertilizer products) being spread on the Property? | | ✓ | | |
| 4. Have you received written notice of sewage sludge being spread on an adjacent property? | | ✓ | | |
| 5. Are you aware of any existing, past or proposed mining, strip-mining, or any other excavations on the Property? | | ✓ | | |

*Note to Buyer: The Property may be subject to mine subsidence damage. Maps of the counties and mines where mine subsidence damage may occur and further information on mine subsidence insurance are available through* Department of Environmental Protection Mine Subsidence Insurance Fund, (800) 922-1678 or ra-epmsi@pa.gov.

(B) Preferential Assessment and Development Rights

Is the Property, or a portion of it, preferentially assessed for tax purposes, or subject to limited development rights under the:

| | Yes | No | Unk | N/A |
|---|---|---|---|---|
| 1. Farmland and Forest Land Assessment Act - 72 P.S.§5490.1, et seq. (Clean and Green Program) | | | | ✓ |
| 2. Open Space Act - 16 P.S. §11941, et seq. | | | | ✓ |
| 3. Agricultural Area Security Law - 3 P.S. §901, et seq. (Development Rights) | | | | ✓ |
| 4. Any other law/program: _____ | | | | ✓ |

*Note to Buyer: Pennsylvania has enacted the Right to Farm Act (3 P.S. § 951-957) in an effort to limit the circumstances under which agricultural operations may be subject to nuisance suits or ordinances. Buyers are encouraged to investigate whether any agricultural operations covered by the Act operate in the vicinity of the Property.*

(C) Property Rights

Are you aware of the transfer, sale and/or lease of any of the following property rights (by you or a previous owner of the Property):

| | Yes | No | Unk | N/A |
|---|---|---|---|---|
| 1. Timber | | ✓ | | |
| 2. Coal | | ✓ | | |
| 3. Oil | | ✓ | | |
| 4. Natural gas | | ✓ | | |
| 5. Mineral or other rights (such as farming rights, hunting rights, quarrying rights) Explain: | ✓ | | | |

__Electric sights__

*Note to Buyer: Before entering into an agreement of sale, Buyer can investigate the status of these rights by, among other means, engaging legal counsel, obtaining a title examination of unlimited years and searching the official records in the county Office of the Recorder of Deeds, and elsewhere. Buyer is also advised to investigate the terms of any existing leases, as Buyer may be subject to terms of those leases.*

Explain any "yes" answers in Section 19: _____

### 20. FLOODING, DRAINAGE AND BOUNDARIES

(A) Flooding/Drainage

| | Yes | No | Unk | N/A |
|---|---|---|---|---|
| 1. Is any part of this Property located in a wetlands area? | | ✓ | | |
| 2. Is the Property, or any part of it, designated a Special Flood Hazard Area (SFHA)? | | ✓ | | |
| 3. Do you maintain flood insurance on this Property? | | ✓ | | |
| 4. Are you aware of any past or present drainage or flooding problems affecting the Property? | | ✓ | | |
| 5. Are you aware of any drainage or flooding mitigation on the Property? | | ✓ | | |
| 6. Are you aware of the presence on the Property of any man-made feature that temporarily or permanently conveys or manages storm water, including any basin, pond, ditch, drain, swale, culvert, pipe or other feature? | | ✓ | | |
| 7. If "yes," are you responsible for maintaining or repairing that feature which conveys or manages storm water for the Property? | | ✓ | | |

Seller's Initials: ___ / ___  Date 3/27/2022  SPD Page 9 of 11  ASL 1  4-7-2021

Check yes, no, unknown (unk) or not applicable (N/A) for each question. Be sure to check N/A when a question does not apply to the Property. Check unknown when the question does apply to the Property but you are not sure of the answer. All questions must be answered.

Explain any "yes" answers in Section 20(A). Include dates, the location and extent of flooding and the condition of any man-made storm water management features: _____

| (B) Boundaries | | Yes | No | Unk | N/A |
|---|---|---|---|---|---|
| 1. Are you aware of encroachments, boundary line disputes, or easements affecting the Property? | | | ✓ | | |
| 2. Is the Property accessed directly (without crossing any other property) by or from a public road? | | ✓ | | | |
| 3. Can the Property be accessed from a private road or lane? | | | ✓ | | |
|    a. If "yes," is there a written right of way, easement or maintenance agreement? | | | | | ✓ |
|    b. If "yes," has the right of way, easement or maintenance agreement been recorded? | | | | | ✓ |
| 4. Are you aware of any shared or common areas (driveways, bridges, docks, walls, etc.) or mainte-nance agreements? | | | ✓ | | |

*Note to Buyer: Most properties have easements running across them for utility services and other reasons. In many cases, the easements do not restrict the ordinary use of the property, and Seller may not be readily aware of them. Buyers may wish to determine the existence of easements and restrictions by examining the property and ordering an Abstract of Title or searching the records in the Office of the Recorder of Deeds for the county before entering into an agreement of sale.*

Explain any "yes" answers in Section 20(B): Boundary Discovery

## 21. HAZARDOUS SUBSTANCES AND ENVIRONMENTAL ISSUES

| (A) Mold and Indoor Air Quality (other than radon) | | Yes | No | Unk | N/A |
|---|---|---|---|---|---|
| 1. Are you aware of any tests for mold, fungi, or indoor air quality in the Property? | | | ✓ | | |
| 2. Other than general household cleaning, have you taken any efforts to control or remediate mold or mold-like substances in the Property? | | | ✓ | | |

*Note to Buyer: Individuals may be affected differently, or not at all, by mold contamination. If mold contamination or indoor air quality is a concern, buyers are encouraged to engage the services of a qualified professional to do testing. Information on this issue is available from the United States Environmental Protection Agency and may be obtained by contacting IAQ INFO, P.O. Box 37133, Washington, D.C. 20013-7133, 1-800-438-4318.*

| (B) Radon | | Yes | No | Unk | N/A |
|---|---|---|---|---|---|
| 1. Are you aware of any tests for radon gas that have been performed in any buildings on the Property? | | | ✓ | | |
| 2. If "yes," provide test date and results _____ | | | | | ✓ |
| 3. Are you aware of any radon removal system on the Property? | | | ✓ | | |

(C) Lead Paint

If the Property was constructed, or if construction began, before 1978, you must disclose any knowl-edge of, and records and reports about, lead-based paint on the Property on a separate disclosure form.

| | | Yes | No | Unk | N/A |
|---|---|---|---|---|---|
| 1. Are you aware of any lead-based paint or lead-based paint hazards on the Property? | | | ✓ | | |
| 2. Are you aware of any reports or records regarding lead-based paint or lead-based paint hazards on the Property? | | | ✓ | | |

| (D) Tanks | | Yes | No | Unk | N/A |
|---|---|---|---|---|---|
| 1. Are you aware of any existing underground tanks? | | | ✓ | | |
| 2. Are you aware of any underground tanks that have been removed or filled? | | | ✓ | | |

| (E) Dumping. Has any portion of the Property been used for waste or refuse disposal or storage? | | | ✓ | | |
|---|---|---|---|---|---|
| If "yes," location: _____ | | | | | |

| (F) Other | | Yes | No | Unk | N/A |
|---|---|---|---|---|---|
| 1. Are you aware of any past or present hazardous substances on the Property (structure or soil) such as, but not limited to, asbestos or polychlorinated biphenyls (PCBs)? | | | ✓ | | |
| 2. Are you aware of any other hazardous substances or environmental concerns that may affect the Property? | | | ✓ | | |
| 3. If "yes," have you received written notice regarding such concerns? | | | ✓ | | |
| 4. Are you aware of testing on the Property for any other hazardous substances or environmental concerns? | | | ✓ | | |

Explain any "yes" answers in Section 21. Include test results and the location of the hazardous substance(s) or environmental issue(s): _____

## 22. MISCELLANEOUS

| (A) Deeds, Restrictions and Title | | Yes | No | Unk | N/A |
|---|---|---|---|---|---|
| 1. Are there any deed restrictions or restrictive covenants that apply to the Property? | | | | ✓ | |
| 2. Are you aware of any historic preservation restriction or ordinance or archeological designation associated with the Property? | | | ✓ | | |

Seller's Initials _____ Date 3/27/2022    SPD Page 10 of 11    _AS__    4-7-2022

DocuSign Envelope ID: 9FE34207-8D82-48F7-8F4B-E90D754C31C4

DocuSign Envelope ID: 46D79E61-F8E4-406A-BF64-00D9161A592A

Check yes, no, unknown (unk) or not applicable (N/A) for each question. Be sure to check N/A when a question does not apply to the Property. Check unknown when the question does apply to the Property but you are not sure of the answer. All questions must be answered.

| | Yes | No | Unk | N/A |
|---|---|---|---|---|
| 3. Are you aware of any reason, including a defect in title or contractual obligation such as an option or right of first refusal, that would prevent you from giving a warranty deed or conveying title to the Property? | | ✓ | | |
| **(B) Financial** | | | | |
| 1. Are you aware of any public improvement, condominium or homeowner association assessments against the Property that remain unpaid or of any violations of zoning, housing, building, safety or fire ordinances or other use restriction ordinances that remain uncorrected? | | ✓ | | |
| 2. Are you aware of any mortgages, judgments, encumbrances, liens, overdue payments on a support obligation, or other debts against this Property or Seller that cannot be satisfied by the proceeds of this sale? | | ✓ | | |
| 3. Are you aware of any insurance claims filed relating to the Property during your ownership? | ✓ | | | |
| **(C) Legal** | | | | |
| 1. Are you aware of any violations of federal, state, or local laws or regulations relating to this Property? | | ✓ | | |
| 2. Are you aware of any existing or threatened legal action affecting the Property? | | ✓ | | |
| **(D) Additional Material Defects** | | | | |
| 1. Are you aware of any material defects to the Property, dwelling, or fixtures which are not disclosed elsewhere on this form? | | ✓ | | |

*Note to Buyer: A material defect is a problem with a residential real property or any portion of it that would have a significant adverse impact on the value of the property or that involves an unreasonable risk to people on the property. The fact that a structural element, system or subsystem is at or beyond the end of the normal useful life of such a structural element, system or subsystem is not by itself a material defect*

2. After completing this form, if Seller becomes aware of additional information about the Property, including through inspection reports from a buyer, the Seller must update the Seller's Property Disclosure Statement and/or attach the inspection report(s). These inspection reports are for informational purposes only.

Explain any "yes" answers in Section 22: Car ran into side of house and insurance _____
repaired everything

23. **ATTACHMENTS**

(A) The following are part of this Disclosure if checked:

☐ Seller's Property Disclosure Statement Addendum (PAR Form SDA)

☐ _____
☐ _____
☐ _____

The undersigned Seller represents that the information set forth in this disclosure statement is accurate and complete to the best of Seller's knowledge. Seller hereby authorizes the Listing Broker to provide this information to prospective buyers of the property and to other real estate licensees. **SELLER ALONE IS RESPONSIBLE FOR THE ACCURACY OF THE INFORMATION CONTAINED IN THIS STATEMENT.** If any information supplied on this form becomes inaccurate following completion of this form, Seller shall notify Buyer in writing.

| SELLER | _Kenneth P. Ray_ DATE 3/27/2022 |
|---|---|
| SELLER | _____ DATE _____ |
| SELLER | _____ DATE _____ |
| SELLER | _____ DATE _____ |
| SELLER | _____ DATE _____ |
| SELLER | _____ DATE _____ |

### RECEIPT AND ACKNOWLEDGEMENT BY BUYER

The undersigned Buyer acknowledges receipt of this Statement. Buyer acknowledges that this Statement is not a warranty and that, unless stated otherwise in the sales contract, Buyer is purchasing this property in its present condition. It is Buyer's responsibility to satisfy himself or herself as to the condition of the property. Buyer may request that the property be inspected, at Buyer's expense and by qualified professionals, to determine the condition of the structure or its components.

| BUYER | _Robin S Shank_ DATE 4-7-2022 |
|---|---|
| BUYER | _____ DATE _____ |
| BUYER | _____ DATE _____ |

SPDPage 11 of 11

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026 www.zipLogix.com 11734 Ridge Rd

DocuSign Envelope ID: 9FE34207-8D82-48F7-8F4B-E90D754C31C4



*Statement #1*


TRUIST

```
?19-14-01-00 90261  0 C 001 18 S  65 002
PO BOX 157
SHADY GROVE PA   17256-0157
```

# Your account statement
## For 03/29/2022

## Contact us

 Truist.com

(844) 4TRUIST or
(844) 487-8478

If you are traveling outside of the USA and have concerns about accessing your account while you are traveling, please contact your Branch Banker or call us at 844-4TRUIST.

■ **TRUIST MONEY MARKET ACCOUNT** 

### Account summary

| | |
|---|---|
| Your previous balance as of 02/25/2022 | $363,784.42 |
| Checks | - 0.00 |
| Other withdrawals, debits and service charges | - 5,000.00 |
| Deposits, credits and interest | + 1,047.65 |
| Your new balance as of 03/29/2022 | = $359,832.07 |

### Interest summary

| | |
|---|---|
| Interest paid this statement period | $3.18 |
| 2022 interest paid year-to-date | 59.16 |
| Interest rate | 0.01% |
| Annual percentage yield (APY) earned | 0.01% |

### Other withdrawals, debits and service charges

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 03/21 | DEPOSIT TRANSFER TRANSFER TO CHECKING 1390000022469 03-20-22 | 5,000.00 |
| | Total other withdrawals, debits and service charges | = $5,000.00 |

### Deposits, credits and interest

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 03/03 | DEPOSIT | 684.82 |
| 03/10 | DEPOSIT | 359.65 |
| 03/29 | INTEREST PAYMENT | 3.18 |
| | Total deposits, credits and interest | = $1,047.65 |

## PRICING CHANGE NOTIFICATION

*The Personal Deposit Accounts Fee Schedule dated October 11, 2021 displays the Returned Deposited Item fee as $12.50 per item. Please be advised that the Personal Deposit Accounts Fee Schedule is being revised to display $12.00 per item. Should you need a current copy of the Personal Deposit Accounts Fee Schedule, please log on to Truist.com or visit your local Truist branch.*



● PAGE 1 OF

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| **KENNETH PATRICK RAY** | : | **CHAPTER 13** |
| a/k/a KENNETH P. RAY, | : | |
| Debtor | : | **CASE NO.: 1-22-00036-HWV** |
| | : | |
| **KENNETH PATRICK RAY** | : | |
| a/k/a KENNETH P. RAY, | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| **JACK N. ZAHAROPOULOS, ESQUIRE** | : | |
| **CHAPTER 13 TRUSTEE,** | : | |
| **FAY MORTGAGE SERVICING,** | : | |
| **M&T BANK, and** | : | |
| **FRANKLIN COUNTY TAX CLAIM BUREAU** | : | |
| Respondents | : | |

### ABBOTTS DAIRIES AFFIDAVIT

Debtor's counsel, Gary J. Imblum, Esquire, inquired with the realtor, Jason Carbaugh, and was informed of the following:

1.  Subject property was listed on the Multi List on April 6, 2022.

2.  The initial list price was $208,900.00. There were a total of 16 showings, all at the original list price.

3.  The list price was never adjusted.

4.  There were three offers on the property. Two of them had financing and inspection contingencies. The offer that was accepted was a higher price than the other two offers and is a cash deal with no financing.

5.  The property went under contract on April 9, 2022.

6. There is no connection between the proposed buyer, its owner and/or investors, and the debtor.

Respectfully submitted,

IMBLUM LAW OFFICES, P.C.

Dated: 5-10-22

Gary J. Imblum
Attorney Id. No. 42606
4615 Derry Street
Harrisburg, PA 17111
(717) 238-5250
Fax No. (717) 558-8990
gary.imblum@imblumlaw.com
Attorney for Debtor

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| **KENNETH PATRICK RAY** | : | **CHAPTER 13** |
| **a/k/a KENNETH P. RAY,** | : | |
| Debtor | : | **CASE NO.: 1-22-00036-HWV** |
| | : | |
| **KENNETH PATRICK RAY** | : | |
| **a/k/a KENNETH P. RAY,** | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| **JACK N. ZAHAROPOULOS, ESQUIRE** | : | |
| **CHAPTER 13 TRUSTEE,** | : | |
| **FAY MORTGAGE SERVICING,** | : | |
| **M&T BANK, and** | : | |
| **FRANKLIN COUNTY TAX CLAIM BUREAU** | : | |
| Respondents | : | |

### ORDER

Upon consideration of Debtor's Motion to Sell Real Estate Free and Clear of Liens, and it appearing that no Objection or Answer was filed to the Motion by the time set forth in an Order, good reason appearing therefore, no objections appearing thereto, it is hereby declared that the Buyer (and/or its designee) is a good faith purchaser for purposes of Section 363(m) and (n) and for purposes of *In re Abbotts Dairies of Pennsylvania Inc.*, 788 F.2d 143 (3rd Cir. 1986);

**IT IS HEREBY ORDERED AND DECREED** that Federal Bankruptcy Rule 6004(g) is not applicable, and the real property may be sold and purchased immediately upon entry of Order of Court approving same and that the sale of real estate at 11734 Ridge Road, Greencastle, Franklin County, Pennsylvania, free and clear of liens, to Nelson E. Shank, for $209,000.00 is approved and distribution of the proceeds as set forth below shall be permitted:

1. Payment of all closing costs for which Debtor is liable.

2. Payment of attorney's fees in the amount of $3,500.00, to be applied to Debtor's costs and Attorney fees billed on an hourly basis.

3. Payment of any and all other miscellaneous fees involved with the sale.

4. Payment of any liens and mortgages.

5. As long as same is a valid lien on subject real estate, payment in full of Franklin County Tax Claim Bureau real estate taxes, if any, or else the sale will not occur.

6. As long as same is a valid lien on subject real estate, payment in full of Fay Mortgage Servicing (first mortgage), or else the sale will not occur.

7. As long as same is a valid lien on subject real estate, payment in full of M&T Bank second mortgage, or else the sale will not occur.

8. If there are net proceeds remaining after paying all the costs, fees and liens set forth in the preceding paragraphs, then payment to Trustee Jack N. Zaharopoulos, Esquire, in an amount up to the amount necessary to fully fund the Plan, less any amount otherwise payable to a secured creditor pursuant to Debtor's Plan, which is, in fact, paid at settlement.

9. If there are net proceeds remaining after paying all of the costs, fees and liens set forth in the preceding paragraphs, then payment of any and all attorney fees owed to Debtor's counsel for representation in the above matter.

10. If there are net proceeds remaining after paying all the costs, fees and liens set forth in the preceding paragraphs, then the remaining balance, if any, shall be distributed to the Debtor.