# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

**Gary J. Imblum**
Jeffrey L. Troutman (of counsel)

email: gary.imblum@imblumlaw.com

**Telephone**
717.238.5250
**Facsimile**
717.558.8990

June 9, 2022

<u>**Via ECF Only**</u>

TO: US BANKRUPTCY COURT - CLERK

RE: Kenneth Patrick Ray
Chapter 13 Bankruptcy Case No. 1-22-00036-HWV

Dear Clerk:

Please issue a certified Order Approving Motion to Sell Real Estate Free and Clear of Liens in the above matter. The Docket Number of the Order is 60.

Very truly yours,

IMBLUM LAW OFFICES, P.C.

/s/ Gary J. Imblum

Gary J. Imblum

GJI/cvs

F:\BANKRUPT\CLIENTS\GETTYSBURG\RAY Kenneth\Pleadings & Creditors\Sale of Real Estate\Sale of Real Estate\06-09-22 BK Request (Certified Order).ltr draft.wpd

Case 1:22-bk-00036-HWV    Doc 61    Filed 06/09/22    Entered 06/09/22 08:18:02    Desc
Main Document    Page 1 of 1