# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

**Gary J. Imblum**
**Jeffrey L. Troutman (of counsel)**

email: gary.imblum@imblumlaw.com

**Telephone**
717.238.5250
**Facsimile**
717.558.8990

September 15, 2022

**<u>Via ECF Only</u>**

TO: US BANKRUPTCY COURT - CLERK

RE: Kenneth Patrick Ray, a/k/a Kenneth P. Ray
Chapter 13 Bankruptcy Case No. 1:22-bk-00036-HWV

Dear Clerk:

Please issue a certified Order Avoiding Judgment Lien of OneMain Financial Group, LLC in the above matter. The Docket Number of the Order is 89.

Very truly yours,

IMBLUM LAW OFFICES, P.C.

/s/ Gary J. Imblum

Gary J. Imblum

GJI/cvs

F:\BANKRUPT\CLIENTS\GETTYSBURG\RAY Kenneth\Pleadings & Creditors\One Main\Lien Avoidance\09-14-22 BK Request (Certified Order).ltr.wpd

Case 1:22-bk-00036-HWV    Doc 90    Filed 09/15/22    Entered 09/15/22 08:00:37    Desc
Main Document    Page 1 of 1