| | | |
|---|---|---|
| Debtor 1 | Kenneth Patrick Ray | |
| Debtor 2 (Spouse, if filing) | | |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA | |
| Case number (If known) | 1:22-bk-00036 | |

Check if this is:
■ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses                                                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. Is this a joint case?

    ■ No. Go to line 2.
    ☐ Yes. Does Debtor 2 live in a separate household?
        ☐ No
        ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. Do you have dependents?   ■ No

    Do not list Debtor 1 and Debtor 2.    ☐ Yes    Fill out this information for each dependent.............

    Do not state the dependents names.

    | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
    |---|---|---|
    | | | ☐ No ☐ Yes |
    | | | ☐ No ☐ Yes |
    | | | ☐ No ☐ Yes |
    | | | ☐ No ☐ Yes |

3. Do your expenses include expenses of people other than yourself and your dependents?   ■ No   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.   4. $ 1,200.00

    If not included in line 4:

    4a. Real estate taxes                                              4a. $ 0.00
    4b. Property, homeowner's, or renter's insurance                   4b. $ 0.00
    4c. Home maintenance, repair, and upkeep expenses                  4c. $ 75.00
    4d. Homeowner's association or condominium dues                    4d. $ 0.00
5. Additional mortgage payments for your residence, such as home equity loans   5. $ 0.00

Official Form 106J                          Schedule J: Your Expenses                         page 1

Case 1:22-bk-00036-HWV    Doc 97    Filed 11/03/22    Entered 11/03/22 11:06:18    Desc
Doc ID: f791fe9d6e31b3ad9a9aad14e4a6a52374d11d14
Main Document    Page 1 of 3

Debtor 1  Kenneth Patrick Ray                                    Case number (if known)  1:22-bk-00036

6. Utilities:
   6a. Electricity, heat, natural gas                                         6a. $      375.00
   6b. Water, sewer, garbage collection                                       6b. $      155.00
   6c. Telephone, cell phone, Internet, satellite, and cable services         6c. $      426.00
   6d. Other. Specify: _____                                        6d. $        0.00
7. Food and housekeeping supplies                                             7.  $      610.00
8. Childcare and children's education costs                                   8.  $        0.00
9. Clothing, laundry, and dry cleaning                                        9.  $      100.00
10. Personal care products and services                                       10. $       85.00
11. Medical and dental expenses                                               11. $      275.00
12. Transportation. Include gas, maintenance, bus or train fare.
    Do not include car payments.                                              12. $      690.00
13. Entertainment, clubs, recreation, newspapers, magazines, and books        13. $      149.00
14. Charitable contributions and religious donations                          14. $        0.00
15. Insurance.
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    15a. Life insurance                                                       15a. $       0.00
    15b. Health insurance                                                     15b. $       0.00
    15c. Vehicle insurance                                                    15c. $     190.00
    15d. Other insurance. Specify: _____                            15d. $       0.00
16. Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: _____                                                  16. $        0.00
17. Installment or lease payments:
    17a. Car payments for Vehicle 1                                           17a. $       0.00
    17b. Car payments for Vehicle 2                                           17b. $       0.00
    17c. Other. Specify:  Non filing spouse car payment                       17c. $     354.00
    17d. Other. Specify: _____                                      17d. $       0.00
18. Your payments of alimony, maintenance, and support that you did not report as
    deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).  18. $   0.00
19. Other payments you make to support others who do not live with you.
    Specify: _____                                                  19. $        0.00
20. Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.
    20a. Mortgages on other property                                          20a. $       0.00
    20b. Real estate taxes                                                    20b. $       0.00
    20c. Property, homeowner's, or renter's insurance                         20c. $       0.00
    20d. Maintenance, repair, and upkeep expenses                             20d. $       0.00
    20e. Homeowner's association or condominium dues                          20e. $       0.00
21. Other: Specify:  Cigarettes                                               21. +$     350.00

22. Calculate your monthly expenses
    22a. Add lines 4 through 21.                                                   $    5,034.00
    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2   $
    22c. Add line 22a and 22b. The result is your monthly expenses.                $    5,034.00

23. Calculate your monthly net income.
    23a. Copy line 12 (your combined monthly income) from Schedule I.         23a. $    5,233.98
    23b. Copy your monthly expenses from line 22c above.                      23b. -$   5,034.00

    23c. Subtract your monthly expenses from your monthly income.
         The result is your monthly net income.                               23c. $      199.98

24. Do you expect an increase or decrease in your expenses within the year after you file this form?
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?
    ☐ No.
    ■ Yes.        Explain here:

## **VERIFICATION**

I, Kenneth Patrick Ray, Debtor, verify that the statements made in the aforegoing Amended Schedule J are true and correct. I understand that false statements herein are made subject to the penalties of 18 Pa. C.S. §4904, relating to unsworn falsification to authorities.

_____
Kenneth Patrick Ray

Dated: 10 / 09 / 2022