UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: KENNETH PATRICK RAY | : | CHAPTER 13 |
| Debtor(s) | : | |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| KENNETH PATRICK RAY | : | |
| Respondent(s) | : | CASE NO. 1-22-bk-00036 |

WITHDRAWAL OF TRUSTEE'S OBJECTION TO
AMENDED CHAPTER 13 PLAN

AND NOW, this 4th day of November, 2022, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed on or about August 30, 2022 be withdrawn as all issues have been resolved.

                                                                                        Respectfully submitted:

                                                                                        /s/Jack N. Zaharopoulos
                                                                                        Standing Chapter 13 Trustee
                                                                                        8125 Adams Drive, Suite A
                                                                                        Hummelstown, PA 17036
                                                                                        (717) 566-6097

CERTIFICATE OF SERVICE

       AND NOW, this 4th day of November, 2022, I hereby certify that I have served the within Motion by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Gary Imblum, Esquire
4615 Derry Street
Harrisburg, PA 17111

                                                                                        /s/Deborah A. Behney
                                                                                        Office of Jack N. Zaharopoulos
                                                                                       Standing Chapter 13 Trustee