# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>KENNETH PATRICK RAY, AKA KENNETH P RAY | CASE NO: 1:22-bk-00036 HWV<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 11/10/2022, I did cause a copy of the following documents, described below,

Order Confirming Amended Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/10/2022

/s/ Gary J. Imblum
Gary J. Imblum  42606

Imblum Law Offices, PC
4615 Derry Street
Harrisburg, PA  17111
717 538 5250
sharlene.miller@imblumlaw.com

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

KENNETH PATRICK RAY, AKA KENNETH P RAY

CASE NO: 1:22-bk-00036 HWV

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 11/10/2022, a copy of the following documents, described below,

Order Confirming Amended Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/10/2022

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Gary J. Imblum
Imblum Law Offices, PC
4615 Derry Street
Harrisburg, PA 17111

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Kenneth Patrick Ray, aka Kenneth P Ray, | Chapter | 13 |
| **Debtor 1** | Case No. | 1:22−bk−00036−HWV |

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on August 2, 2022. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: November 9, 2022

orcnfpln(05/18)

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D)=DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 122-BK-00036 HWV
MIDDLE DISTRICT OF PENNSYLVANIA
THU NOV 10 8-55-5 PST 2022

MT BANK
PO BOX 1508
BUFFALO NY 14240-1508

PRA RECEIVABLES MANAGEMENT LLC
PO BOX 41021
NORFOLK VA 23541-1021

(P)MCCALLA RAYMER LEIBERT PIERCE LLC
ATTN ATTN WENDY REISS
1544 OLD ALABAMA ROAD
ROSWELL GA 30076-2102

~~EXCLUDE~~
~~US BANKRUPTCY COURT~~
~~DONALD REAGAN FEDERAL BUILDING~~
~~228 WALNUT ST RM 320~~
~~HARRISBURG PA 17101-1737~~

~~EXCLUDE~~
~~(U)2ND WIFE (NEED HER NAME AND ADDRESS~~

(P)AR RESOURCES INC
PO BOX 1056
BLUE BELL PA 19422-0287

ATT
PO BOX 537104
ATLANTA GA 30353-7104

CAPITAL ONE BANK
PO BOX 30285
SALT LAKE CITY UT 84130-0285

(P)JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

COMCAST
PO BOX 3005
SOUTHEASTERN PA 19398-3005

(P)CREDIT CORP SOLUTIONS INC
121 W ELECTION RD
SANDY UT 84020-7766

CREDIT ONE BANK
PO BOX 98873
LAS VEGAS NV 89193-8873

DISCOVER FINANCIAL
ATTN BANKRUPTCY
PO BOX 3025
NEW ALBANY OH 43054-3025

ENHANCED RECOVERY COMPANY
ATTN BANKRUPTCY
8014 BAYBERRY ROAD
JACKSONVILLE FL 32256-7412

(P)FAY SERVICING LLC
P O BOX 814609
DALLAS TX 75381-4609

FIRST ENERGYPENN POWER
2800 POTTSVILLE PIKE
POST OFFICE BOX 16001
READING PA 19612-6001

~~EXCLUDE~~
~~(U)FRANKLIN COUNTY TAX CLAIM BUREAU~~
~~REMOVED CLAIM FILED IN INCORRECT CASE~~

FRANKLIN CTY TAX BUREAU
443 STANLEY AVENUE
CHAMBERSBURG PA 17201-3600

INTERNAL REVENUE SERVICE
POB 7346
PHILADELPHIA PA 19101-7346

KML LAW GROUP PC
701 MARKET STREET
SUITE 5000
PHILADELPHIA PA 19106-1541

LVNV FUNDING LLC
PO BOX 10497
GREENVILLE SC 29603-0497

LVNV FUNDING LLC CO RESURGENT CAPITAL SERV
PO BOX 10587
GREENVILLE SC 29603-0587

(P)MT BANK
LEGAL DOCUMENT PROCESSING
626 COMMERCE DRIVE
AMHERST NY 14228-2307

~~EXCLUDE~~
~~(D)MT BANK~~
~~PO BOX 1508~~
~~BUFFALO NY 14240-1508~~

MARYLAND DEPT OF LABOR
DIV OF UNEMPLOYMENT INSURANCE
1100 EUTAW STREET
BALTIMORE MD 21201-2226

NATIONAL CREDIT ADJUSTERS LLC
327 WEST 4TH AVENUE
PO BOX 3023
HUTCHINSON KS 67504-3023

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D)=DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

NATIONAL RECOVERY AGENCY
ATTN BANKRUPTCY
PO BOX 67015
HARRISBURG  PA 17106-7015

ONEMAIN
PO BOX 3251
EVANSVILLE  IN 47731-3251

ONEMAIN FINANCIAL
ATTN BANKRUPTCY
PO BOX 3251
EVANSVILLE  IN 47731-3251

PA DEPT OF REVENUE
ATTN BANKRUPTCY DIVISION
DEPT 280946
HARRISBURG  PA 17128-0946

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

~~EXCLUDE~~
~~(D)(P)PORTFOLIO RECOVERY ASSOCIATES LL~~
~~PO BOX 41067~~
~~NORFOLK VA 23541-1067~~

QUANTUM3 GROUP LLC AS AGENT FOR
CREDIT CORP SOLUTIONS INC
PO BOX 788
KIRKLAND  WA  98083-0788

REPUBLIC BANK AND TRUST CO
601 W MARKET STREET
LOUISVILLE  KY 40202-2700

RESCUE HOSE COMPANY NO 1GREEN
842 S WASHINGTON STREET
GREENCASTLE  PA 17225-1346

RESURGENT CAPITAL SERVICES
ATTN BANKRUPTCY
PO BOX 10497
GREENVILLE  SC 29603-0497

SWC GROUP
4120 INTERNATIONAL PARKWAY 100
CARROLLTON  TX 75007-1957

SUMMIT HEALTHCHAMBERSBURG HOSPITAL
112 N 7TH STREET
CHAMBERSBURG  PA 17201-1700

SYNCHRONY BANK
PO BOX 960013
ORLANDO  FL 32896-0013

SYNCHRONY BANK
CO PRA RECEIVABLES MANAGEMENT LLC
PO BOX 41021
NORFOLK  VA 23541-1021

TARGET
CO FINANCIAL RETAIL SERVICES
MAILSTOP BT PO BOX 9475
MINNEAPOLIS  MN 55440-9475

TRACY RAY
544 S CARLISLE STREET
GREENCASTLE  PA 17225-1591

~~EXCLUDE~~
~~(D)(P)MCCALLA RAYMER LEIBERT PIERCE~~
~~LLC~~
~~ATTN ATTN WENDY REISS~~
~~1544 OLD ALABAMA ROAD~~
~~ROSWELL GA 30076-2102~~

US DEPARTMENT OF EDUCATION
ECMCATTN BANKRUPTCY
PO BOX 16408
SAINT PAUL  MN 55116-0408

UNITED STATES TRUSTEE
228 WALNUT STREET SUITE 1190
HARRISBURG  PA 17101-1722

WAYNESBORO AREA ALS UNIT INC
POST OFFICE BOX 726
NEW CUMBERLAND  PA 17070-0726

WELLSPAN HEALTH
P O BOX 15119
YORK  PA 17405-7119

~~EXCLUDE~~
~~(D)WELLSPAN HEALTH~~
~~PO BOX 15119~~
~~YORK PA 17405-7119~~

WEST PENN POWER
5001 NASA BLVD
FAIRMONT  WV 26554-8248

~~EXCLUDE~~
~~GARY J IMBLUM~~
~~IMBLUM LAW OFFICES PC~~
~~4615 DERRY STREET~~
~~HARRISBURG PA 17111-2660~~

(P)JACK N ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

KENNETH PATRICK RAY
14846 SHERWOOD DRIVE
GREENCASTLE  PA 17225-9471