| | |
|---|---|
| From: | USBankruptcyCourts@noticingcenter.com |
| To: | Gary Imblum |
| Subject: | U.S. Bankruptcy Court, Middle District of Pennsylvania - Undeliverable Notice, In re: Kenneth Patrick Ray, Case Number: 22-00036, HWV, Ref: [p-231218537] |
| Date: | Friday, April 18, 2025 12:25:21 PM |
| Attachments: | B_P12200036pdf0100536.PDF |

<u>Notice of Undeliverable Mail to Debtor/Debtor's Attorney</u>

April 19, 2025

From: United States Bankruptcy Court, Middle District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
    In re: Kenneth Patrick Ray, Case Number 22-00036, HWV

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court
Sylvia H. Rambo US Courthouse
1501 N. 6th Street
Harrisburg, PA 17102**

---

Undeliverable Address:
2nd Wife (Need her name and address

Role type/cr id: 5454991
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

    can't find address

---

Undeliverable Address:
Franklin County Tax Claim Bureau
Removed claim filed in incorrect case

Role type/cr id: 5474592
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

    address removed

---

Undeliverable Address:
Franklin Cty Tax Bureau
443 Stanley Avenue
Chambersburg, PA 17201-3600

Role type/cr id: 5455003
Reason Undeliverable: FORWARDING ORDER HAS EXPIRED
THE UPDATED ADDRESS IS:

306 N. 2nd Street

Chambersburg PA 17201

| *Gary J. Imblum* | 04/21/2025 |
|---|---|
| Signature of Debtor or Debtor's Attorney | Date |

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**